UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:15-cv-00057

ROMONA WINEBARGER,           )
                             )
            Plaintiff(s),    )
v.                           )
                             )
BOSTON SCIENTIFIC CORP.,     )
                             )
            Defendant(s).    )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. Please file an original and one copy of this form, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

__Boston Scientific Corp.__ who is __Defendant__
*(Name of Party)*                *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   Yes  X              No

2. Does party have any parent corporations?
   Yes                 No  X

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   Yes                 No  X

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   Yes                 No  X

   If yes, identify entity and nature of interest:


__s/ Ashley K. Brathwaite__          __May 14, 2015__
Signature                             Date

## CERTIFICATE OF SERVICE

I hereby certify that on 14 May 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. State Bar. No. 33830
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919)865-7010
ashley.brathwaite_@elliswinters.com

*Attorney for Defendant Boston Scientific Corporation*