# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:15-CV-057-RLV-DCK

| | |
|---|---|
| ROMONA WINEBARGER and REX WINEBARGER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| BOSTON SCIENTIFIC CORPORATION, | ) ) ) |
| Defendant. | ) ) |
| MARTHA CARLSON, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BOSTON SCIENTIFIC CORPORATION, | ) ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Consistent with Judge Voorhees' recent "Scheduling Order" (Document No. 111), the undersigned will hold a Judicial Settlement Conference in this matter, as well as a hearing, if necessary, regarding any unresolved objections to deposition designations.

**IT IS, THEREFORE, ORDERED** that the parties shall appear for a hearing regarding deposition designations on **August 5, 2015**, at 9:30 a.m. in Courtroom # 1-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina, unless otherwise ordered by the Court. The Clerk of Court shall reserve Courtroom #1-1.

**IT IS FURTHER ORDERED** that a Judicial Settlement Conference shall convene at 9:00 a.m. on **September 2, 2015**, in Courtroom # 2-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. The Clerk of Court shall reserve Courtroom # 2-1 and its attached conference rooms and jury deliberation room.

**SO ORDERED**.

Signed: June 4, 2015

David C. Keesler
United States Magistrate Judge