IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NOS. 5:15cv57-RLV; 3:15CV211-RLV

| | |
|---|---|
| ROMONA WINEBARGER, | ) |
| And REX WINEBARGER, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION, | ) |
| Defendant. | ) |
| _____ | |
| MARTHA CARLSON, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION, | ) |
| Defendant. | ) |
| _____ | |

**DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
DEPOSITION DESIGNATIONS**

Defendant Boston Scientific Corporation ("Boston Scientific") hereby submits its deposition designations for the above-referenced cases.

Boston Scientific reserves the right to amend, supplement, or withdraw its designations at any time before or during trial. Furthermore, Boston Scientific reserves the right to amend, supplement, or withdraw its designations subject to the Court's rulings on evidentiary matters in the above-referenced cases including, but not limited to, pending motions *in limine*. Boston Scientific also reserves the right to object to any documents or testimony that Plaintiffs may offer at trial.

7012083 v3

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Janice Connor | 08/13-14/2013 | 461:19-464:1 |
| | | 464:8-475:22 |
| | | 476:1-478:2 |
| | | 491:1-12 |
| | | 495:10-498:18 |
| | | 498:23-499:3 |
| | | 501:5-503:5 |
| | | 567:1-14 |
| Boston Scientific submits that the following exhibit is included in the designated deposition testimony of Janice Connor: **Deposition Exhibit 534**. | | |

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Janice Connor | 04/21/2015 | 432:11-22 |
| | | 436:25-439:18 |
| | | 439:24-441:15 |
| | | 442:4-447:23 |
| | | 450:3-451:11 |
| | | 451:13-452:10 |
| | | 452:13-453:10 |
| | | 454:20-456:12 |
| | | 458:25-460:11 |
| | | 460:24-461:9 |
| | | 462:9-465:1 |
| | | 468:6-15 |
| | | 468:21-469:4 |
| | | 469:10-471:2 |

|  |  | 472:6-473:19 |
|  |  | 473:22-474:5 |
|  |  | 474:9-475:11 |
|  |  | 476:20-478:20 |
|  |  | 478:25-479:4 |
|  |  | 479:9-481:5 |
|  |  | 481:14-21 |
|  |  | 482:4-485:23 |
|  |  | 486:4-487:14 |
|  |  | 494:9-16 |
|  |  | 495:2-500:2 |
|  |  | 501:6-10 |
|  |  | 551:9-552:14 |
|  |  | 564:23-567:18 |
|  |  | 567:22-568:1 |
|  |  | 568:9-569:19 |
|  |  | 569:23-572:13 |
|  |  | 572:17-573:13 |
|  |  | 577:18-21 |
|  |  | 577:24-578:17 |
|  |  | 578:19-579:2 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Janice Connor: **Deposition Exhibits 1328, 1329, 1330, 1332, 1339, 1344, and 1345**. |||

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| James Goddard | 03/28-29/2013 | 18:7-9 |
|  |  | 26:4-5 |
|  |  | 271:1-2 |

|  |  | 481:3-485:4 |
|  |  | 487:16-488:7 |
|  |  | 488:13-495:2 |
|  |  | 502:17-507:1 |
|  |  | 507:4-9 |
|  |  | 507:11-508:8 |
|  |  | 525:2-22 |
|  |  | 526:5-527:16 |
|  |  | 530:13-531:12 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Jim Goddard: **Deposition Exhibits 43 and 55**. | | |

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Roger Goldberg, M.D. | 12/13/13 | 413:20-440:15 |
|  |  | 442:14-444:21 |
|  |  | 445:9-452:14 |
|  |  | 453:9-459:13 |
|  |  | 460:7-462:11 |
|  |  | 462:13-463:8 |
|  |  | 463:15-464:11 |
|  |  | 473:15-476:4 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Roger Goldberg, M.D.: **Deposition Exhibits 786, 827, 828, 829, 830, 831, 832, 833, 834, 835, 836, and 837.** | | |

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Alfred Intoccia, Jr. | 07/31/2013 | 16:15-16 |
|  |  | 29:9-10 |

|  |  | 310:1-13 |
|  |  | 310:23-311:7 |
|  |  | 311:16-317:4 |
|  |  | 318:4-18 |
|  |  | 320:11-321:8 |
|  |  | 321:15-20 |
|  |  | 322:2-16 |
|  |  | 322:21-326:19 |
|  |  | 327:17-336:17 |
|  |  | 337:3-10 |

Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Alfred Intoccia, Jr.: **Deposition Exhibits 451 and 471**.

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Todd McCaslin | 01/30/2014 | 77:18-20 |
|  |  | 78:3-79:7 |
|  |  | 82:18-83:3 |
|  |  | 96:17-21 |
|  |  | 97:4-14 |

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Dennis Miller, M.D. | 11/15/2013 | 15:13-20 |
|  |  | 458:9-461:16 |
|  |  | 462:3-464-22 |
|  |  | 465:17-477:2 |
|  |  | 477:20-478:23 |
|  |  | 480:5-482:20 |

5

|  |  | 491:16-492:9 |
|  |  | 493:13-497:16 |
|  |  | 498:23-499:18 |

Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Dennis Miller, M.D.: **Deposition Exhibits 1037 and 1038**.

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Robert Miragliuolo | 04/24-25/2013 | 52:2-53:10 |
|  |  | 450:17-453:11 |
|  |  | 455:10-16 |
|  |  | 456:16-457:14 |
|  |  | 466:6-19 |
|  |  | 466:21-467:2 |
|  |  | 467:4-10 |
|  |  | 472:7-473:6 |
|  |  | 473:12-475:6 |
|  |  | 480:1-4 |
|  |  | 480:6-13 |
|  |  | 507:4-19 |

Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Robert Miragliuolo: **Deposition Exhibits 141, 193, and 195**.

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| John Sherry | 03/12-13/2013 | 16:22-17:6 |
|  |  | 66:11-67:8 |
|  |  | 68:5-11 |
|  |  | 68:14-20 |
|  |  | 69:1 |

Case 5:15-cv-00057-RLV-DCK   Document 131   Filed 06/15/15   Page 6 of 16

|  |  | 69:9-23 |
|  |  | 74:4-75:16 |
|  |  | 78:13-16 |
|  |  | 78:18-79:21 |
|  |  | 79:23-80:3 |
|  |  | 93:1-13 |
|  |  | 231:18-233:8 |
|  |  | 551:11-553:3 |
|  |  | 553:8-14 |
|  |  | 553:22-555:17 |
|  |  | 557:2-6 |
|  |  | 557:9-23 |
|  |  | 561:8-562:12 |
|  |  | 562:15-566:16 |
|  |  | 566:21-568:10 |
|  |  | 568:19-571:23 |
|  |  | 572:2-576:18 |
|  |  | 577:4-17 |
|  |  | 579:1-13 |
| Boston Scientific submits that the following exhibit is included in the designated deposition testimony of John Sherry: **Deposition Exhibit 66**. | | |

| **Name of Deponent** | **Date of Deposition** | **Citation** |
|---|---|---|
| Frank Zakrzewski | 3/7/2014 | 37:8-12 |
|  |  | 41:2-42:4 |
|  |  | 44:3-11 |
|  |  | 45:3-12 |
|  |  | 45:24-46:11 |

|  |  | 47:8-21 |
|---|---|---|
|  |  | 49:16-24 |
|  |  | 50:11-51:2 |
|  |  | 51:9-15 |
|  |  | 51:22-52:9 |
|  |  | 52:17-54:22 |
|  |  | 54:24-55:1 |
|  |  | 64:4-65:1 |
|  |  | 65:3-66:11 |
|  |  | 66:13 |
|  |  | 68:23-69:2 |
|  |  | 69:18-71:8 |
|  |  | 71:13-14 |
|  |  | 78:10-13 |
|  |  | 107:8-10 |
|  |  | 107:15-20 |
|  |  | 141:15-21 |
|  |  | 142:10-143:6 |
|  |  | 143:11-144:1 |
|  |  | 144:4-8 |
|  |  | 167:11-168:4 |
|  |  | 168:20-24 |
|  |  | 173:13-19 |
|  |  | 177:16-19 |
|  |  | 178:7-19 |
|  |  | 178:24-180:10 |
|  |  | 183:9-11 |
|  |  | 183:13-14 |
|  |  | 184:11-14 |

8

|  |  | 187:21-188:12 |
|---|---|---|
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Frank Zakrzewski: **Deposition Exhibits 3, 4, 5, 7, 8, and 22.** |||

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Steven H. Schneider, M.D. | 11/19/2014 | 5:5-8:18 |
|  |  | 16:19-17:20 |
|  |  | 18:21-21:9 |
|  |  | 23:19-29:20 |
|  |  | 29:24-38:16 |
|  |  | 38:18-39:22 |
|  |  | 40:1-40:12 |
|  |  | 40:14-43:18 |
|  |  | 44:7-46:4 |
|  |  | 46:6-49:13 |
|  |  | 50:18-56:1 |
|  |  | 56:3-12 |
|  |  | 56:15 |
|  |  | 56:17-57:5 |
|  |  | 57:8 |
|  |  | 57:23-58:5 |
|  |  | 58:8-59:14 |
|  |  | 59:17 |
|  |  | 59:19-60:7 |
|  |  | 61:5-63:1 |
|  |  | 65:12-15 |
|  |  | 68:12-17 |
|  |  | 68:20-69:15 |

|  |  | 69:18-24 |
|  |  | 70:3 |
|  |  | 70:5-6 |
|  |  | 70:8-15 |
|  |  | 70:18 |
|  |  | 70:21-71:7 |
|  |  | 72:11-17 |
|  |  | 72:19 |
|  |  | 74:5-75:20 |
|  |  | 75:23 |
|  |  | 76:1-4 |
|  |  | 76:13-16 |
|  |  | 76:18 |
|  |  | 76:20-77:4 |
|  |  | 77:8-79:24 |
|  |  | 84:6-18 |
|  |  | 87:1-2 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Steven H. Schneider, M.D.: **Deposition Exhibits 1, 2, and 3**. | | |

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Michael J. Kennelly, M.D. | 07/02/2014 | 7:3-10:3 |
|  |  | 12:14-20 |
|  |  | 14:14-16:8 |
|  |  | 17:3-21:12 |
|  |  | 22:8-39:4 |
|  |  | 39:11-55:1 |
|  |  | 55:5-8 |

|   |   |   |
|---|---|---|
|   |   | 55:11-12 |
|   |   | 55:14-18 |
|   |   | 55:22-57:2 |
|   |   | 58:18-59:21 |
|   |   | 61:14-17 |
|   |   | 61:23-64:3 |
|   |   | 64:6-66:5 |
|   |   | 67:4-73:23 |
|   |   | 76:19-80:24 |
|   |   | 81:19-82:20 |
|   |   | 82:24-85:6 |
|   |   | 85:14-86:23 |
|   |   | 87:20-89:24 |
|   |   | 93:3-100:10 |
|   |   | 100:22-102:7 |
|   |   | 102:19-112:4 |
|   |   | 112:7 |
|   |   | 112:9-119:25 |
|   |   | 120:11-121:4 |
|   |   | 121:23-122:19 |
|   |   | 123:5-7 |
|   |   | 123:10-132:2 |
|   |   | 132:4-11 |
|   |   | 132:13-147:17 |
|   |   | 147:19—148:7 |
|   |   | 148:11-152:3 |
|   |   | 152:6-13 |
|   |   | 152:16-21 |
|   |   | 152:24 |

|  |  | 153:1-4 |
|---|---|---|
|  |  | 153:8-10 |
|  |  | 153:13 |
|  |  | 153:15-17 |
|  |  | 153:20 |
|  |  | 153:22-25 |
|  |  | 154:2 |
|  |  | 154:6-10 |
|  |  | 154:13-18 |
|  |  | 154:21-22 |
|  |  | 154:24 |
|  |  | 155:1-3 |
|  |  | 155:7-9 |
|  |  | 155:13-14 |
|  |  | 155:18-20 |
|  |  | 155:24-156:3 |
|  |  | 156:7-15 |
|  |  | 156:17-157:5 |
|  |  | 172:13-17 |
|  |  | 172:19-20 |
|  |  | 176:12-19 |
|  |  | 202:18-203:13 |
|  |  | 203:19-21 |
|  |  | 203:23-205:24 |
|  |  | 206:2 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Michael J. Kennelly, M.D.: **Deposition Exhibits 2, 3, 4, 5, and 8**. |||

| Name of Deponent | Date of Deposition | Citation |
|---|---|---|
| Carolyn Margaret Coryell, M.D. | 10/17/2014 | 4:4-5:23 |
| | | 6:7-7:15 |
| | | 7:22-8:19 |
| | | 9:1-12:9 |
| | | 12:17-14:19 |
| | | 15:11-16:2 |
| | | 16:25-17:3 |
| | | 18:4-19:10 |
| | | 20:16-23 |
| | | 23:6-9 |
| | | 24:19-22 |
| | | 25:3-6 |
| | | 25:25-27:1 |
| | | 27:11-25 |
| | | 28:1-3 |
| | | 28:5-29:14 |
| | | 30:15-32:6 |
| | | 32:8-12 |
| | | 32:19-33:2 |
| | | 33:14-18 |
| | | 34:17-19 |
| | | 35:8-21 |
| | | 37:10-20 |
| | | 38:4-6 |
| | | 38:8-39:4 |
| | | 39:6-40:5 |
| | | 41:5-24 |

|  |  | 42:1-14 |
|--|--|--|
|  |  | 43:2-44:2 |
|  |  | 44:4-8 |
|  |  | 44:10-19 |
|  |  | 44:21-22 |
|  |  | 45:11-17 |
|  |  | 45:22-47:6 |
|  |  | 47:8-16 |
|  |  | 47:18-48:13 |
|  |  | 48:15-22 |
|  |  | 48:24-49:7 |
|  |  | 49:9-25 |
|  |  | 50:2-14 |
|  |  | 50:16-51:13 |
|  |  | 51:21-23 |
|  |  | 52:5-9 |
|  |  | 52:11-13 |
|  |  | 52:15-53:1 |
|  |  | 53:3-6 |
|  |  | 53:8-54:16 |
|  |  | 54:18-24 |
|  |  | 55:1-4 |
|  |  | 55:6 |
|  |  | 56:25-57:3 |
|  |  | 70:2-4 |
|  |  | 72:10-73:14 |
|  |  | 73:18-22 |
|  |  | 73:25-75:1 |
|  |  | 75:22-76:14 |

|  |  | 82:1-13 |
|---|---|---|
|  |  | 85:5-12 |
|  |  | 86:13-24 |
|  |  | 88:16-23 |
|  |  | 89:10-90:10 |
|  |  | 108:3-109:15 |
|  |  | 109:17-111:23 |
| Boston Scientific submits that the following exhibits are included in the designated deposition testimony of Carolyn Margaret Coryell, M.D.: **Deposition Exhibits 1, 2, 3, 4, 5, and 8**. | | |

Dated: 06/15/2015     Respectfully submitted,

   s/ Leslie C. Packer_____
Leslie C. Packer
N.C. State Bar No. 13640
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I caused the foregoing document to be electronically filed with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive services in this matter.

    s/ Leslie C. Packer_____
Leslie C. Packer
N.C. State Bar No. 13640
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**