# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,      **CASE NOS. 5:15CV57-RLV;**
Plaintiffs,                                            **3:15CV211-RLV**

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant

-------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants

## PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT BOSTON SCIENTIFIC'S DEPOSITION DESIGNATIONS OF JANICE CONNOR TAKEN APRIL 21, 2015

| BSC Designations | Objection | Plaintiffs Counter Designation |
|---|---|---|
| **jc042115, (Pages 436:25 to 439:18)**<br>436<br>25  Q.    Okay.  I now want to talk about<br>437<br>1  Boston Scientific's devices that it has marketed<br>2  for the treatment of pelvic organ prolapse, the<br>3  Pinnacle and Uphold devices.<br>4        Did Boston Scientific conduct<br>5  clinical trials in women specifically with those<br>6  two devices prior to going to market?<br>7    A.   No.<br>8    Q.   Why not?<br>9    A.   No.  For, actually, both of those<br>10  devices, they're made from Polyform.  So, it's,<br>11  again, a type one macroporous monofilament<br>12  polypropylene mesh used to treat pelvic organ<br>13  prolapse.<br>14        That product was already on the<br>15  market prior to Pinnacle and Uphold being placed<br>16  on the market.  So, again, we had not -- Pinnacle | | *[Counter to 436:25-438:5]*<br><br>*jc042115, (Page 385:18 to 385:23)*<br>*385*<br>*18  Q.    (By Ms. Fitzpatrick)*<br>*And, Ms.*<br>*19  Connor, can you identify the document that I've*<br>*20  handed you, Exhibit 1323?*<br>*21    A.   This is a reviewer summary report of*<br>*22  the research grant Dr. Moalli submitted.  I'm*<br>*23  looking for a date on here.*<br><br>*jc042115, (Pages 386:25 to 388:11)*<br>*386*<br>*25  Q.   And, she has now submitted in 2011 a* |

| | | |
|---|---|---|
| 17 and Uphold weren't new products. They were<br>18 basically a package of a product put in a<br>19 different shape and placed on the market of a<br>20 product that was already on the market.<br>21      Two products, the Capio, the<br>22 delivery system, and the mesh. So, again, we<br>23 didn't create a new product. We basically put<br>24 them together in a different package and then<br>25 marketed it that way.<br>         438<br>1      So, we didn't -- I'm sorry. I think<br>2 your question was why didn't we run studies.<br>3      We had the Polyform mesh and we were<br>4 able to use data from that mesh, human data, to<br>5 understand how that mesh was working.<br>***<br>24   Q. And, generally, what do the overall<br>25 body of studies show with regard to the Pinnacle<br>         439<br>1 and Uphold devices?<br>2   A. Overall it shows that the products<br>3 are safe and that they're effective. So,<br>4 overall, the safety, again, looking at the<br>5 complications. So, how do the patients feel,<br>6 what events have they experienced, have they had<br>7 any pain or any other complications occurred.<br>8      Those events that have occurred in<br>9 women are similar to events that occur for<br>10 surgery for POP without a device and also similar<br>11 to other devices.<br>12      So, we show that overall the product<br>13 is safe. And, again, overall the product's<br>14 working. So, the symptoms that the patients<br>15 experienced, bulging, issues with urine<br>16 frequency, issues with bowel, issues or<br>17 dysfunction with sexual functioning, those have<br>18 been improved. | 438:24-<br>439:18<br>FRE 401,<br>402; 403<br>701, 702 | *387*<br>*1 research grant proposal to you concerning*<br>*2 polyform synthetic mesh, correct?*<br>*3   A. That is correct.*<br>*4   Q. And, polyform synthetic mesh is the*<br>*5 mesh that is used in both the Pinnacle and the*<br>*6 Uphold devices for Pelvic Organ Prolapse,*<br>*7 correct?*<br>*8   A. That is correct.*<br>*9   Q. Okay. And, Dr. Moalli has asked for*<br>*10 funding from Boston Scientific to do an animal*<br>*11 model-based research, correct?*<br>*12   A. That is correct.*<br>*13   Q. And, what she is looking at is that*<br>*14 she's hypothesizing that meshes, she says it*<br>*15 here, "with increased stiffness will have*<br>*16 increased tensile strength following tissue*<br>*17 incorporation at the expense of tissue function.*<br>*18 Accelerated tissue contraction, increased vaginal*<br>*19 wall stiffness, decreased distension and*<br>*20 elasticity, decreased compliance, and poor*<br>*21 contractility, resulting in poor re-approximation*<br>*22 of the prolapsed vagina to the supported*<br>*23 condition."*<br>*24      Is that correct?*<br>*25   A. Yes.*<br>         *388*<br>*1   Q. So, her hypothesis here is that the*<br>*2 stiffer the mesh the worse the outcome for*<br>*3 patients for these issues; such as, vaginal wall* |

4   stiffness, elasticity, compliance and the like,
5   correct?
6       A.    In so many words, yes.
7       Q.    Okay.  So, she has submitted this to
8   Boston Scientific and asked Boston Scientific
9   specifically for funding to look at these issues
10  in the polyform mesh. Correct?
11      A.    Correct.

*jc042115, (Pages 392:14 to 393:16)*
            392
14  You were a reviewer on
15  this ISR, correct?
16      A.    That is correct.
17      Q.    And, from -- and you recommended
18  that the ISR not be funded, correct?
19      A.    I believe so.  Let me see where I
20  indicated.  Okay.  Yes, I see it.
21      Q.    Okay.  And, we have a gentleman from
22  safety who reviewed it who gave conditional
23  approval, correct?
24      A.    That's actually a woman.  And,
25  yes.
            393
1       Q.    Oh, excuse me.
2       A.    It's all right.
3       Q.    And, Robert Walsh from medical
4   sciences.  And, looks like at the time of, at
5   least the generated copy we have, he had not
6   reviewed it and made a recommendation, correct?
7       A.    Yes, I see that. There is no --

8  it's not checked off on this form.

9      Q.    Okay.  And, ultimately Boston

10   Scientific did not fund Dr. Moalli's request,

11   correct?

12      A.    That's correct.

13      Q.    Okay.  And, you reviewed this on

14   March 21st, 2011, and made the recommendation

15   that you not fund it?

16      A.    Correct.

jc042115, (Page 396:10 to 396:13)

                    396

10  You have here under negative, you

11  have, concern over negative results.  Those are

12   your words, correct?

13      A.    That is correct.

jc042115, (Page 401:4 to 401:21)

                    401

 4  You just told me as a result of this

 5   proposal for Dr. Moalli that you thought that the

 6   human data on how the Polyform interacts with a

 7   woman's pelvis is the most important information

 8   that is available to answer these questions,

 9   correct?

10      A.    In so many words I think, yes.

11      Q.    Okay.  Yet, Boston Scientific didn't

12   do any human or clinical studies on the effect of

13   Polyform in a woman's pelvis before it marketed

14   and sold it as a permanent medical implant,

15   correct?

| | | |
|---|---|---|
| | | 16 MR. ANIELAK: Form.*<br>*17 THE WITNESS: Boston Scientific did*<br>*18 not for several reasons.*<br>*19 Q. (By Ms. Fitzpatrick) Did Boston*<br>*20 Scientific do it or not, Ms. Connor?*<br>*21 A. We did not.* |
| **jc042115, (Pages 442:4 to 447:23)**<br><br>\*\*\*<br>14 Q. So, would the clinical department<br>15 then provide the input for the Advantage and the<br>16 Obtryx about the clinical literature and the<br>17 studies that have been done on similar products<br>18 prior to those products going to market?<br>19 A. Correct.<br>\*\*\* | 444:14-19<br>FRE 403<br>Misleading<br>and<br>Confusing | |
| **jc042115, (Pages 450:3 to 451:11)**<br>450<br>3 Q. And, has Boston Scientific funded<br>4 and supported clinical trials of the Uphold<br>5 device?<br>6 A. Yes.<br>7 Q. And, generally, explain how that<br>8 happens. How does Boston Scientific fund and<br>9 support research into medical devices?<br>10 A. There is two different ways. One<br>11 way is if Boston Scientific sponsors that<br>12 research project. And that means that Boston<br>13 Scientific, along with a physician, has that<br>14 scientific question, develops that study<br>15 protocol, develops what assessments that will be<br>16 undertaken by the patient to answer those<br>17 questions.<br>18 The sponsored study is when Boston<br>19 Scientific has the responsibility over the study,<br>20 over the conduct of the study. We don't treat<br>21 patients. The physicians treat patients. We<br>22 don't see the patients in the office. The<br>23 physicians see the patients. We're just<br>24 responsible for ensuring the physicians are<br>25 conducting the study and we understand the<br>451<br>1 information.<br>2 The other way that we get involved<br>3 in clinical studies is by the research grants.<br>4 And they're also -- another name for that is | 450:3-451:11<br>FRE 401;<br>402; 403<br>Funding and<br>supporting<br>clinical trials<br>post-<br>implantation<br>of Plaintiffs<br>is irrelevant<br>to BSC's<br>conduct in<br>2010 and<br>will mislead<br>the jury. | |

| | | |
|---|---|---|
| 5 investigator sponsored research studies or ISRs.<br>6 Same term.<br>7       This is when physicians will request<br>8 support from Boston Scientific, either through<br>9 funding, dollars, or product and basically are<br>10 looking for that assistance in conducting that<br>11 research study. | | |
| **jc042115, (Pages 451:13 to 452:10)**<br>        451<br>13      When looking at what Boston<br>14 Scientific studies, the company has either funded<br>15 or supported, it would include both the sponsored<br>16 research and the ISR studies; is that right?<br>17    A.   That's correct.<br>18    Q.   And, then, tell the jury what an<br>19 independent study is. What does that mean?<br>20    A.   An independent study is a study that<br>21 doesn't meet any of the other two criteria,<br>22 basically. It is a study that physicians run on<br>23 their own in their practice and they don't<br>24 require or request any support from Boston<br>25 Scientific.<br>        452<br>1    Q.   What are the main differences<br>2 between the Boston Scientific sponsored or the<br>3 investigator sponsored?<br>4    A.   You know, there are more<br>5 similarities than differences.<br>6       So, these are still studies where<br>7 physicians are treating the patients. They're<br>8 collecting the data. They're asking the<br>9 questions. They're giving their input on the<br>10 data. | 451:13-<br>452:10<br>FRE 401;<br>403<br>Funding and<br>supporting<br>clinical trials<br>post-<br>implantation<br>of Plaintiffs<br>is irrelevant<br>to BSC's<br>conduct in<br>2010 and<br>will mislead<br>the jury. | |
| **jc042115, (Pages 452:13 to 453:10)**<br>        452<br>13      The difference is on who has overall<br>14 the responsibility over the conduct of a study.<br>15 And that basically means if there was a time<br>16 where the study results had to be reported to an<br>17 agency or another company, who has that<br>18 responsibility to write that report. That's the<br>19 main difference.<br>20      For a sponsored study, it's Boston<br>21 Scientific who has that responsibility. For an<br>22 investigator sponsored research study, it's the<br>23 investigator who has that responsibility.<br>24    Q.   When looking at the literature on<br>25 Boston Scientific studies, would it be | 452:13-<br>453:10<br>FRE 401;<br>402, 403<br>Funding and<br>supporting<br>clinical trials<br>post-<br>implantation<br>of Plaintiffs<br>is irrelevant<br>to BSC's<br>conduct in | |

| | |
|---|---|
| 453<br>1 appropriate to just dismiss out of hand any of<br>2 these kinds of studies?<br>3     A.   No. So, again, when I said -- so,<br>4 there is more similarities than differences.<br>5 These are still patients being treated in a<br>6 hospital setting by a physician. And, the data<br>7 are still collected the same way and reported.<br>8 If you only looked at one, you'd be missing out<br>9 on important data from the other studies and vice<br>10  versa. | 2010 and<br>will mislead<br>the jury. |
| **jc042115, (Pages 454:20 to 456:12)**<br>454<br>20   Q.   Okay. And, I know you went into it<br>21 a little bit, but I want to talk about the ISR<br>22 program and the R&E committee, the committee that<br>23 examines some of these ISR requests.<br>24        Explain to the jury what the R&E<br>25 committee is and how it does its job.<br>455<br>1     A.   The R&E committee is a -- it stands<br>2 for the research and education committee. Is a<br>3 committee made up of different departments in the<br>4 division. For example, the research and<br>5 development department, the regulatory<br>6 department, medical, clinical.<br>7        And these different departments give<br>8 feedback on research grants when they're<br>9 submitted. So, these -- there is, for example,<br>10 from a medical standpoint, the medical director,<br>11 who is the medical representative on this<br>12 committee, reviews a research proposal from a<br>13 physician and comments on the study design, will<br>14 it answer the questions that are asked. Is there<br>15 enough -- are there enough patients proposed to<br>16 be followed in this study that will give that<br>17 answer. Has this physician conducted research<br>18 before, are they qualified to conduct research.<br>19 Is there a safety plan in place.<br>20        So, each different person<br>21 representing their department is part of this<br>22 committee and looks overall at the proposal from<br>23 the physicians.<br>24   Q.   Is the research and grant committee,<br>25 is that similar to other organizations that<br>456<br>1 have -- that fund clinical research? | 454:20-<br>456:12<br>FRE 401,<br>402, 403<br>Funding and<br>supporting<br>clinical trials<br>post-<br>implantation<br>of Plaintiffs<br>is irrelevant<br>to BSC's<br>conduct in<br>2010 and<br>will mislead<br>the jury. |

| | | |
|---|---|---|
| 2    A.    It is.  So, many corporations<br>3  outside of the company have a similar program.<br>4  So, there are -- definitely, it's just part of<br>5  connecting who will have companies who will have<br>6  research that they directly manage, which is the<br>7  sponsored piece of the puzzle, and there is also<br>8  research that they fund.<br>9       And, there is actually many<br>10  different larger, Stanford, for example, Mayo<br>11  Clinic, big hospitals that have direct input into<br>12  research committees for future proposals. | | |
| **jc042115, (Pages 458:25 to 460:11)** | | |
| \*\*\*<br>19    Q.    And, then, in terms of how<br>20  physicians are then made aware of the results of<br>21  clinical research, how does that happen?<br>Explain<br>22  that process.<br>23    A.    They're published, basically.  So,<br>24  overall, when these studies are run, whether<br>25  they're sponsored or funded, the physician has<br>an<br>               460<br>1  obligation in the company to make the results<br>2  public.  So, there is different ways these<br>3  results can be presented at a medical society.<br>4  And whether it's in a format where the physician<br>5  stands at a podium and talks about the data or<br>6  it's in a format where the data are printed on a<br>7  large poster and placed in an exhibit hall with<br>8  other posters of scientific studies.  Or the<br>9  study results are published in a manuscript.  So,<br>10  it's in a medical journal where that study is<br>11  printed, basically. | 459:19-<br>460:11<br>FRE 401;<br>403.<br>The<br>existence of<br>post-<br>implantation<br>publications<br>is irrelevant<br>to BSC's<br>conduct in<br>2010 and<br>will mislead<br>the jury. | |
| **jc042115, (Pages 460:24 to 461:9)**<br>              460<br>24    Q.    With regard to the Uphold device.<br>25  Has Boston Scientific funded and supported<br>              461<br>1  clinical studies of the Uphold device?<br>2    A.    Yes.<br>3    Q.    And, have those studies been<br>4  completed?<br>5    A.    Yes.<br>6    Q.    And, have those studies of the<br>7  Uphold device been presented and published to<br>8  physicians?<br>9    A.    Yes. | 460:24-461:9<br>The<br>existence of<br>post-<br>implantation<br>publications<br>is irrelevant<br>to BSC's<br>conduct in<br>2010 and<br>will mislead<br>the jury. | |
| **jc042115, (Pages 462:9 to 465:1)**<br>              462 | 462:9-465:1 | |

| | |
|---|---|
| 9   Exhibit 1328, BSC Pelvic Floor<br>10         Clinical Cadence, marked)<br>11     Q.     (By Mr. Anielak)  All right.  I've<br>12   marked as Exhibit 1328 a Boston Scientific<br>13   document entitled BSC Pelvic Floor Clinical<br>14   Cadence.<br>15         Explain to the jury what this is.<br>16     A.     This is a snapshot in time of the<br>17   clinical studies that were -- either there is<br>18   some future trials planned, funded, sponsored<br>19   from 2009 through 2012 for the pelvic floor<br>20   devices.<br>21     Q.     So, the snapshot in time for this<br>22   particular summary is in 2009; is that right?<br>23     A.     That's correct.<br>24     Q.     And, describe for the jury, just<br>25   orient the jury to what the shading represents<br>                        463<br> 1   and what information is presented on here<br>because<br> 2   there is a lot going on.<br> 3     A.     Yeah, it's a busy slide.<br> 4         So, there -- basically the trials,<br> 5   all the different studies are listed on that left<br> 6   column.  And, if you follow those across to the<br> 7   right, there is long arrow with different colors<br> 8   on it.<br> 9         And, the different colors mean the<br>10   different phases of a clinical study.  And, I<br>11   believe I have a little key on the bottom there.<br>12   And it shows that the different shading or colors<br>13   line up to different phases.<br>14         So, for example, studies typically<br>15   start with the enrollment phase, which mean the<br>16   patients are asked to be in the clinical study.<br>17         Each clinical study has a certain<br>18   number of patients that they need from a<br>19   statistical point of view, and that they're<br>20   looking to recruit in the study.  So, that's the<br>21   first phase.<br>22         When that phase is complete, there<br>23   is typically a phase where you follow patients.<br>24   So, this is when patients are followed forward in<br>25   time to collect data.  So, I talked about some of<br>                        464<br> 1   the data that's collected.<br> 2         Each study has a certain time as to<br> 3   how long they would like these patients to be<br> 4   seen, as to how long after the treatment they<br> 5   will collect data.<br> 6         After that phase, typically the data | FRE 401,<br>402, 403<br>Post<br>Implantation<br>Conduct |

| | | |
|---|---|---|
| 7  are analyzed and a report is generated, which is<br>8  the shading with some lines there.<br>9       And, then, finally the data are<br>10  published in some format.<br>11    Q.   So, in 2009, describe for the jury<br>12  what studies Boston Scientific was supporting<br>13  with regard to the Uphold device?<br>14    A.   So, if I go through the list.<br>15  Little difficult with the shading and it's black<br>16  and white.<br>17       But there is an Uphold study by Dr.<br>18  Sands.  There is another Uphold, it's an economic<br>19  study.  And it's Dr. Culligan.<br>20    Q.   On the Dr. Sands Uphold study.<br>21       Has that study been completed?<br>22    A.   Yes.<br>23    Q.   And, has that study been published<br>24  and presented to physicians, the results of that<br>25  study?<br>          465<br>1    A.   Yes, it has. | | |
| **jc042115, (Pages 469:10 to 471:2)**<br>  \*\*\*<br>18       (Exhibit 1329, Women's Health<br>19       Clinical Program Cadence, marked)<br>20    Q.   (By Mr. Anielak)  I've marked as<br>21  Exhibit 1329 what appears to be a similar<br>22  document to the other cadence document we just<br>23  looked at.<br>24       But explain to the jury what this<br>25  is.<br>          470<br>1    A.   It is similar.  It is, again, a<br>2  snapshot in time.  I believe this is March, 2012,<br>3  of the clinical program for the women's health<br>4  products.<br>5    Q.   So, again, orient to the jury to how<br>6  the chart is set up and what it means.<br>7    A.   Mm-hmm.  There is different rows,<br>8  basically.  So, there is -- the top part here is<br>9  on slings.  So, it has, again, the column right<br>10  to the right of the word slings, three different<br>11  clinical studies that were on-going at the time<br>12  of this snapshot.<br>13       So, there are three different<br>14  studies there.  And, again, if you follow it to<br>15  the right, the different colors and shading will<br>16  show the different phases that I had referred to<br>17  before on about -- in a clinical trial.<br>18  Enrollment, follow-up, and then the finalization, | 469:18-471:2<br>FRE 401;<br>403<br>Post implant<br>clinical<br>studies have<br>no relevance<br>to BSC's<br>conduct in<br>2010. | |

| | | |
|---|---|---|
| 19   the analysis, and the final report.<br>20       These little stars, basically<br>21   indicate at what point the data will be available<br>22   to the public. And, it's a projected date. The<br>23   studies, obviously, can be slower or faster<br>24   depending on the study, the design, many<br>25   different variables. So, that's kind of an<br>             471<br>1   estimated time point of when the data will be<br>2   available to the public. | | |
| **jc042115, (Pages 472:6 to 473:19)**<br>             472<br>6   Q.    There is a number of studies that<br>7   were on-going in 2012 with regard to Uphold,<br>8   right?<br>9     A.    Yes.<br>10     Q.    And, there is one that says Uphold<br>11   retro pain.<br>12          Describe for the jury what that<br>13   particular study is.<br>14     A.    It was a comparative study in<br>15   patients who were treated with the Uphold device,<br>16   and then patients who were treated with native<br>17   tissue. So, meaning that for pelvic organ<br>18   prolapse, the physician basically used sutures,<br>19   stitches with the patient's own tissue to fix<br>20   that pelvic organ prolapse.<br>21          So, it was a short-term study<br>22   assessing the postop pain experienced from<br>23   patients.<br>24     Q.    And, have the results of that study<br>25   been presented?<br>             473<br>1     A.    Yes.<br>2     Q.    So, that study has been completed?<br>3     A.    Yes.<br>4     Q.    And, there is other Uphold studies<br>5   identified on here. The uphold Nordic study,<br>6   what study is that?<br>7     A.    That is a clinical study by Dr.<br>8   Daniel Altman in the Nordic countries.<br>9          He had done a clinical study<br>10   assessing data on patients treated with Uphold<br>11   Lite, and they were treated out to one year.<br>12   There were over 200 patients in that clinical<br>13   study.<br>14     Q.    And, has that study been completed<br>15   on Uphold?<br>16     A.    It has.<br>17     Q.    And, have the results of that study | 472:6-473:19<br>FRE 401;<br>402403<br>Post implant<br>clinical<br>studies have<br>no relevance<br>to BSC's<br>conduct in<br>2010. | |

| | | |
|---|---|---|
| 18  been presented?<br>19     A.    Yes. | | |
| **jc042115, (Pages 473:22 to 474:5)**<br>473<br>22  Does Boston Scientific continue to<br>23  fund and support research into its mesh<br>24  devices?<br>25     A.    We do, yes.<br>474<br>1     Q.    And, so we could look at continued<br>2  cadence documents up until today that would have<br>3  clinical studies on them that show Boston<br>4  Scientific funding studies on its mesh devices?<br>5     A.    Yes, that's correct. | 473:22-474:5<br>FRE 401;<br>403<br>Post implant<br>clinical<br>studies have<br>no relevance<br>to BSC's<br>conduct in<br>2010. | |
| **jc042115, (Pages 479:9 to 481:5)**<br>479<br>9  Is a randomized controlled trial the<br>10  only study design that can provide scientific<br>11  information about how a device performs in<br>12  women?<br>13     A.    No, not all all.  There are many<br>14  different types.  So, I mentioned a few of those.<br>15  So, there is comparing products to each other by<br>16  not randomizing.  There is doing studies where<br>17  it's just one treatment that's offered.  So, it's<br>18  definitely not the only way to give an answer to<br>19  a question.<br>20     Q.    And, are there strengths and<br>21  limitations to all study designs?<br>22     A.    There are.  In a randomized study,<br>23  for example, the strengths are that you try to<br>24  narrow down the variables that you study, so you<br>25  feel as if you get -- you get the answer.  There<br>480<br>1  is only one reason why you get that answer,<br>2  because of that medical intervention.<br>3        But there is limitations.  For<br>4  example, in a surgical trial you can't<br>5  necessarily limit all those variables because<br>6  patients anatomy is different.  There is not a<br>7  way to absolutely know that the tissue quality in<br>8  one patient is the same as the tissue quality in<br>9  another.  There is not a way to randomize that.<br>10  There is not a way to randomize physicians<br>11  surgical skills within the setting of that<br>12  surgery.  There is things that obviously happen<br>13  in a surgery that the physician has to react to. | | *[Counter Designation to 479:9-481:5]*<br>*jc031115, (Pages 255:2 to 256:12)*<br>*255*<br>*2   Q.   And how many articles are in the*<br>*3     medical -- full-length peer-reviewed articles*<br>*4     are in the medical literature concerning the*<br>*5     Uphold?*<br>*6        (Witness reviewing document.)*<br>*7        A.   There are four.*<br>*8   BY MS. FITZPATRICK:*<br>*9        Q.   How many of those are BSC-funded?*<br>*10        A.   One.*<br>*11        Q.   Could you tell me what those four are?*<br>*12        A.   The first one is Dr. Larouche,*<br>*13     "Outcomes of Trocar Guided Gynemesh Versus*<br>*14     Single Incision Trocar-Less Polyform*<br>*15     Transvaginal Mesh Procedure.  This actually does*<br>*16     include Pinnacle as well, so my earlier number*<br>*17     on published Pinnacle, I just want to --*<br>*18        Q.   Went from zero to one?* |

| | | |
|---|---|---|
| 14  That's not a controlled environment where you can<br>15  make sure that doesn't happen.<br>16      So, that's a limitation to a<br>17  randomized trial where you can't rule those out.<br>18  So, when you get the results, can you absolutely<br>19  guarantied say that that's because of the<br>20  intervention not because of maybe some of these<br>21  other variables that you can't control.<br>22      Q.    But with all study designs, there<br>23  are textbooks and classes that last all year long<br>24  in college that talk about the strengths and<br>25  limitations of different study designs, right?<br>           481<br>1    A.    True.  Yes.<br>2    Q.      Not withstanding that, has Boston<br>3  Scientific conducted randomized controlled trials<br>4  on its mesh devices?<br>5    A.    Yes. | 481:2-5<br>FRE 403<br>Misleading<br>and<br>Confusing as<br>it lumps all<br>"mesh"<br>devices<br>together | *19        A.  -- double-check*<br>*that's in there.*<br>*20            Two.  One to two.*<br>*21      Q.   One to two.*<br>*Okay.*<br>*22        A.  So I read that*<br>*one, too.*<br>*23            Jirschele, J-I-R-S-*<br>*C-H-E-L-E,*<br>*24    published 2014,*<br>*"Multicenter Prospective Trial*<br>*25      to Evaluate Mesh*<br>*Augmented Sacrospinous*<br>        *256*<br>*1    Hysteropexy for*<br>*Uterovaginal Prolapse."*<br>*2        Dr. Rivaux, R-I-V-*<br>*A-U-X, entitled*<br>*3    "Uterovaginal Suspension*<br>*Using a Bilateral*<br>*4    Vaginal Anterior*<br>*Sacrospinous Fixation with*<br>*5    Mesh, Preliminary*<br>*Results," this is in 2012.*<br>*6            And then Dr. Vu,*<br>*published 2012,*<br>*7    "Minimal Mesh Repair*<br>*for Apical and Anterior*<br>*8    Prolapse, Initial*<br>*Anatomical and Subjective*<br>*9    Outcomes."*<br>*10        Q.  How many of*<br>*those are randomized*<br>*11    controlled trials?*<br>*12        A.  None of them.*<br><br>*jc031115, (Page 257:1 to*<br>*257:4)*<br>        *257*<br>*1  Q.  You're not aware of*<br>*any long-term*<br>*2    randomized controlled*<br>*trials for the Uphold that*<br>*3    have safety as a primary*<br>*endpoint, correct?*<br>*4        A.  Correct.* |
| **jc042115, (Pages 495:2 to 500:2)**<br>        495<br>2  Q.    (By Mr. Anielak)  So, with regard to<br>3  the POP devices, Uphold and Pinnacle were | | *[Counter Designation to*<br>*499:13-500:2]* |

4 launched in 2008 and 2009 time period, right?
5   A.   That's correct.
6   Q.   And, so, deciding whether or not a
7 clinical trial was necessary prior to going to
8 market, how did the -- how did Boston Scientific
9 rely on the other devices that were already on
10 the market?
11   A.   So, we basically -- if you look at
12 when the Pinnacle and Uphold were launched, there
13 is or are many products that were already on the
14 market.
15        So, specifically from Boston
16 Scientific's standpoint, the Polyform mesh was on
17 the market.  And there were data available on the
18 use of Polyform mesh for pelvic organ prolapse.
19        So, Boston Scientific looked at
20 these devices, reviewed the clinical data that
21 was available on all these devices prior to
22 launching the Pinnacle and Uphold.  So, all that
23 information was available to us.
24   Q.   So, was there information and data
25 available regarding the use of these devices in
                    496
1 women prior to Uphold and Pinnacle being sold?
2   A.   Yes.
3   Q.   And, was there data that Boston
4 Scientific could review on Polyforms performance
5 in women prior to going to market with Pinnacle
6 and Uphold?
7   A.   There was.  So, Boston Scientific
8 has a program internally where we monitor all of
9 our devices.  So, it's a safety surveillance
10 program.  So, we had information on the use of
11 Polyform in Boston Scientific to understand then
12 the use of that device in the Pinnacle
13 and Uphold.
14   Q.   So, explain that in a little bit
15 more detail to the jury.
16        What is the data that Boston
17 Scientific had to consider with regard to the
18 performance of Polyform in terms of its
19 performance in women?
20   A.   So, safety data.  So, we had data
21 internally on any events that patients
22 experienced or any device issues that physicians
23 experienced.  And that information is recorded

jc031115, (Page 94:21 to 94:23)
                    94
21   Q.   The clinical data that you relied on
22 was related to similar devices, correct?
23   A.   Correct.

jc031115, (Page 96:3 to 96:18)
                    96
3   Q.   Are they made with the same resin?
4   A.   So I don't know if they're made with
5 the same resin.  Yet we do have testing in those
6 binders that is on our product compared to other
7 products.
8   Q.   Okay.  And do you know whether they
9 have the same antioxidant package?
10        MR. ANIELAK: Object to the form.
11 Beyond the scope of the 30(b)(6) notice.
12   A.   I don't know that.
13   BY MS. FITZPATRICK:
14   Q.   Do you know whether they're the same,
15 exact mesh woven the same way?
16        MR. ANIELAK: Beyond the scope of the
17 30(b)(6) notice.
18   A.   I don't know that.

jc031115, (Pages 104:24 to 105:2)
                    104
24   Q.   But you don't actually know what those
25 competitive devices, what polypropylene they
                    105
1 were made of, correct?
2   A.   I don't sitting here right now.

| | | |
|---|---|---|
| 24 internally to Boston Scientific, which we had the<br>25 ability to review prior to the launch of Pinnacle<br>        497<br>1 and Uphold.<br>2    Q.   Is it common in the medical device<br>3 development for companies to rely upon similar<br>4 devices in terms of making decisions as to<br>5 whether a clinical trial is necessary prior to<br>6 going to market?<br>7    A.   Yes, it is.<br>8    Q.   So, explain that to the jury. Why<br>9 is that something that medical device companies<br>10 do?<br>11    A.   When you're marketing a device,<br>12 whether it's, you know, brand new, never been<br>13 used before, or if it's similar to others, which<br>14 is an example for these devices. You will look<br>15 at existing literature to understand, is there<br>16 information already known that will assist in the<br>17 understanding of should a trial be done, what<br>18 information will it add, is there value in terms<br>19 of missing conclusions, is there anything more to<br>20 be learned. So, that is typically -- and how<br>21 companies and clinical research will proceed<br>22 forward.<br>23    Q.   And, with regard to the Pinnacle and<br>24 Uphold device.<br>25       Explain for the jury what Polyform<br>        498<br>1 is and what Capio is and how that relates to<br>2 Pinnacle and Uphold?<br>3    A.   Polyform is a polypropylene mesh,<br>4 and it's a sheet mesh. So, it's not cut to a<br>5 certain small shape. It is a, basically a<br>6 square, rectangle, rectangle sheet of mesh.<br>7       And the physicians, when they<br>8 have -- when they use this product, they will cut<br>9 the mesh to a certain shape, and then use the<br>10 capio, which is a suturing device and place<br>11 sutures through that Polyform mesh, the other end<br>12 of the Capio and place it into the anatomy to<br>13 then fixate that into the body. That's what poly<br>14 -- well, that's how Polyform was used in many<br>15 different instances in 2005 forward.<br>16       Pinnacle device is basically taking<br>17 the polyform and the Capio, putting it in a<br>18 package together, but already doing the shaping<br>19 and the fixating to a delivery system in that<br>20 package, basically, if that makes sense. | 497:2-22<br>FRE 401,<br>402, 403,<br>701, 702 | |

| | | |
|---|---|---|
| 21　　　　So, the Capio system is still part<br>22　of that because the Capio is used to place it in<br>23　the body, but the Pinnacle was basically taking<br>24　the Polyform, putting it into a shape, and<br>25　allowing for kind of a standardization for that<br>　　　　　　　499<br>1　procedure.<br>2　　　Q.　　And, was the Uphold similar in terms<br>3　of using Polyform and cutting it into a shape?<br>4　　　A.　　Correct.  So, it's just a different<br>5　and different fixating points that go in the<br>6　body.  So, it is the similar situation where it's<br>7　Polyform into a shape with the Capio device.<br>8　　　Q.　　Okay.  So, in terms of the mesh<br>9　that's used in Pinnacle and Uphold.<br>10　　　　　Was the mesh new, a new product on<br>11　the market in 2008?<br>12　　　A.　　No.<br>13　　　Q.　　And, was the use of polypropylene to<br>14　treat pelvic organ prolapse, was that something<br>15　that Boston Scientific came up with in 2008?<br>16　　　A.　　No.<br>17　　　Q.　　And, explain that to the jury.<br>18　　　A.　　No.  So, if you look at the<br>19　timeline, these are polypropylene devices in<br>20　orange or in the other colors that are prior to<br>21　Pinnacle and Uphold, even Polyform.<br>22　　　Q.　　And, did Boston Scientific rely upon<br>23　the prior marketing of those devices in making a<br>24　determination that a clinical trial prior to<br>25　going to market wasn't necessary?<br>　　　　　　　500<br>1　　　A.　　Right.  So, we did review all that<br>2　information to make that decision. | | |
| **jc042115, (Page 501:6 to 501:10)**<br>　　　　　　　501<br>6　Q.　　(By Mr. Anielak)  Ms. Connor, did<br>7　you help put together some slides that summarize<br>8　the clinical studies that had been conducted with<br>9　Boston Scientific devices?<br>10　　　A.　　I did. | | |
| **jc042115, (Pages 551:9 to 552:14)**<br>　　　　　　　551<br>9　(Exhibit 1339 marked for<br>10　　　　identification)<br>11　　　Q.　　(By Mr. Anielak)  And, I've marked<br>12　as deposition Exhibit 339.<br>13　　　　　Describe for the jury what this is.<br>14　　　A.　　It's a summary of the studies that<br>15　have been performed on Pinnacle and Polyform.<br>16　　　Q.　　So, why Pinnacle and Polyform | 551:9-552:14<br>FRE 401;<br>402; 403;<br>1006 | |

| | | |
|---|---|---|
| 17  together? | Plaintiffs | |
| 18      A.    So, Polyform is basically -- the | cannot | |
| 19  Polyform mesh is a sheet mesh.  Pinnacle is using | discern | |
| 20   that Polyform mesh in a certain shape.  So, it's | which | |
| 21   basically the Pinnacle device is the Polyform | studies are | |
| 22   mesh with the Capio device. | being | |
| 23      Q.    And, how many women have been | presented | |
| 24  treated in those studies? | through the | |
| 25      A.    Over 700. | exhibit. | |
|                          552 | | |
| 1      Q.    And, the slide says that the study | | |
| 2   has been presented at medical conferences or | | |
| 3   published. | | |
| 4          Describe for the jury what that | | |
| 5   means. | | |
| 6      A.    So, that means when the studies are | | |
| 7   complete that all of these studies have either | | |
| 8   been presented at those medical society | | |
| 9   conferences.  So, again, that means the physician | | |
| 10  is standing there presenting the data or has | | |
| 11  published the data in a poster format and can | | |
| 12  speak to it that way.  Or the data were | | |
| 13  presented -- published in a medical journal in | | |
| 14  the form of a manuscript. | | |
| **jc042115, (Pages 564:23 to 567:18)** | 564:23- | |
|                          564 | 567:18 | |
| 23  (Exhibit 1344 marked for | FRE 401; | |
| 24        identification) | 402; 403; | |
| 25      Q.    (By Mr. Anielak)  Now I want to talk | 1006 | |
|                          565 | Plaintiffs | |
| 1   about Uphold. | cannot | |
| 2          And, I've marked as deposition | discern | |
| 3   Exhibit 1344 a summary of the clinical trials of | which | |
| 4   Uphold? | studies are | |
| 5      A.    Yes. | being | |
| 6      Q.    And, how many clinical studies have | presented | |
| 7   been done with Uphold? | through the | |
| 8      A.    16. | exhibit. | |
| 9      Q.    Okay.  And, in terms of the number | | |
| 10  of women. | | |
| 11         How many women have received Uphold | | |
| 12  as part of those studies? | | |
| 13     A.    It's been over 800. | | |
| 14     Q.    And, how long have patients been | | |
| 15  followed in this particular study? | | |
| 16     A.     In these studies it ranges from one | | |
| 17  month to over two and a half years. | | |
| 18     Q.    And, we talked about the | | |
| 19  investigators in the studies. | | |

| | | |
|---|---|---|
| 20       Again, describe for the jury what an<br>21  investigator does.<br>22     A.    An investigator is the physician who<br>23  treats the patients, follows the patients, and<br>24  collects the data.  So, it's a research<br>25  physician.<br>          566<br>1     Q.    And, in looking at all of the Uphold<br>2  studies, what do the Uphold studies show in terms<br>3  of the effectiveness of Uphold in treating<br>4  patients?<br>5     A.    It shows that it's effective.  It<br>6  works.  So, from -- and why I can say that is the<br>7  effectiveness is assessed by objective<br>8  measurements.  So, again, the anatomy, where is<br>9  that pelvic organ prolapse at.  Is it better than<br>10  it was before surgery.  So, that's from the<br>11  objective standpoint.<br>12       And the studies also show from the<br>13  patients standpoint their reports of symptoms<br>14  that were due to their pelvic organ prolapse are<br>15  improved significantly.<br>16       So, before surgery to after surgery,<br>17  those symptoms are significantly improved.<br>18     Q.    And, do the studies also look at the<br>19  safety of the Uphold device?<br>20     A.    Yes.<br>21     Q.    And, how do they go about doing<br>22  that?<br>23     A.    So, I ask the physician questions<br>24  that during the physical exam does he see, feel<br>25  anything, see if there is anything going on with<br>          567<br>1  the patient.<br>2       Also the patients are reporting<br>3  events to the physician.  So, if the patient<br>4  reports pain, exposure, if they're aware of it,<br>5  they report that to the physician, the physician<br>6  reports it in the studies, and it gets published<br>7  in these papers.  So, we can tell by looking at<br>8  all these papers that the reports that are coming<br>9  in on the product in the studies is within a<br>10  range for what we know is to be expected. There<br>11  aren't any trends or significant variations in<br>12  reports or any adverse events that have not been<br>13  reported before.  And they're similar to other<br>14  products that are on the market.<br>15     Q.    And, in terms of the clinical<br>16  studies that have been done on Uphold, do they | 566:1-567:18<br>FRE 401;<br>403; 701;<br>702; 801;<br>802<br>Interpretation<br>of<br>unidentified<br>studies. | |

| | | |
|---|---|---|
| 17  support the safety of the device?<br>18     A.   They do. | | |
| **jc042115, (Pages 569:23 to 572:13)**<br><br>***<br>25    Q.   And, do you agree that that's a<br>               572<br>1  reasonable conclusion based on their data?<br>2     A.   I do, based on their data and how<br>3  they reported their information and how they --<br>4  and the safety and effectiveness results.<br>*** | 571:25-572:4<br>FRE 401;<br>402; 403<br>701;702 | |
| **jc042115, (Pages 572:17 to 573:13)**<br><br>***<br>21    Q.   And, do you believe that that's a<br>22  reasonable conclusion based on their data?<br>23    A.   I do, yes.<br>24    Q.   And, in terms of the overall studies<br>25  that have been conducted on Uphold, including the<br>               573<br>1  Jirschele study, do all of the uphold studies<br>2  support the safety and effectiveness of the<br>3  device?<br>4     A.   They do, yes.<br>5     Q.   And, are those studies also looking<br>6  at similar ways in terms of evaluating<br>7  effectiveness?<br>8     A.   Yes. So, all the studies report on<br>9  safety. And they all report on the success of<br>10  the procedure, which is the effectiveness and<br>11  where the anatomy landmarks are. So that's that<br>12  grading system, but also where the patients<br>13  reports were. | 572:21-<br>573:13<br>FRE 401;<br>403;<br>701;702;<br>801; 802<br>Interpretation<br>of<br>unidentified<br>studies. | |
| jc042115, (Page 577:18 to 577:21)<br>               577<br>18  What is the expectation of Boston<br>19  Scientific regarding whether doctors should have<br>20  an appreciation for the information that's<br>21  available on the devices? | 577:18-<br>578:21<br>401, 402,<br>403,<br>Foundation | |
| **jc042115, (Pages 577:24 to 578:17)**<br>               577<br>24  THE WITNESS: In out -- we do have<br>25     an expectation.<br>               578<br>1     So, in our directions for use we<br>2    actually do indicate that physicians should | 577:18-<br>578:21<br>401, 402,<br>403,<br>Foundation | |

| | | | |
|---|---|---|---|
| 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | read the literature.  So, obviously, the<br>literature gets updated as often as studies<br>are completed.<br>    These medical journals are monthly<br>subscriptions.  So, each month there is new<br>studies that are coming out.  So, we do<br>expect physicians to review the literature.<br>They're implanting the products and they're<br>using the products so they should have an<br>understanding.<br>    Q.   (By Mr. Anielak)  And, is it your<br>experience that doctors do, in fact, have an<br>understanding about what the literature says<br>based on your interaction with doctors at<br>conferences and other places? | | |
| **jc042115, (Pages 578:19 to 579:2)** | | | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br><br>1<br>2 | 578<br>THE WITNESS:  Yes, it is.  And, the<br>reason why I answer that yes is when I talk<br>to the physicians about current research or<br>ideas on doing research, they know the<br>studies in their heads.  So, they're<br>actually able to, without anything in front<br>of them, talk about certain studies that<br>579<br>are published, and what the results showed<br>in certain study designs. | 578:18-579:2<br>FRE 401,<br>402, 403,<br>Foundation,<br>Speculative | |

**Objections to BSC Exhibtis**

1. 1328 – Plaintiffs object under FRE 401 and 403 to the portion of the exhibit tabbed "stress incontinence." These products are not at issue in this case and planned trials on these devices will mislead the jury.

2. 1329 – Plaintiffs object under FRE 401 and 403 to the exhibit in its entirety. Post implantation clinical trials have no relevance BSC's conduct in 2010. Additionally, the exhibit reference non POP products and contains impermissible references to FDA.

3. 1332 – Plainitff object under FRE 401 and 403 to the exhibit in it's entirely as it focuses on slings. Additionally, Plaintiffs object under FRE 1006 as BSC has not produced or identified the underlying source materials being presented through the exhibit.

4. 1339 – Plaintiffs object as the exhibit lacks proper foundation. Plaintiffs cannot discern which studies were included/excluded. Additionally, Plaintiffs object under FRE 1006 as BSC has not produced or identified the underlying source materials being presented through the exhibit.

5. 1344 - Plaintiffs object as the exhibit lacks proper foundation. Plaintiffs cannot discern which studies were included/excluded. Additionally, Plaintiffs object under FRE 1006 as BSC has not produced or identified the underlying source materials being presented through the exhibit.

**Counter Exhibits**

1. Connor 1323


DATED: June 26, 2015                                    Respectfully Submitted,

                                                       **TRACEY & FOX LAW FIRM**

                                                       /s/ Sean Tracey
                                                       Sean Patrick Tracey
                                                       State Bar No. 20176500
                                                       Shawn P. Fox
                                                       State Bar No. 24040926
                                                       Clint Casperson
                                                       State Bar No. 24075561
                                                       440 Louisiana, Suite 1901
                                                       Houston, TX 77002
                                                       (800) 925-7216
                                                       (866) 709-2333
                                                       stracey@traceylawfirm.com
                                                       sfox@traceylawfirm.com
                                                       ccasperson@traceylawfirm.com

                                                       /s/ *John R. Fabry*
                                                       John R. Fabry
                                                       Texas Bar No. 06768480
                                                       Mark R. Mueller
                                                       Texas Bar No. 14623500
                                                       MUELLER LAW, PLLC
                                                       404 West 7th Street
                                                       Austin, TX 78701
                                                       (512) 478-1236
                                                       (512) 478-1473 (Facsimile)
                                                       John.Fabry@muellerlaw.com
                                                       Mark@muellerlaw.com
                                                       Meshservice@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com