# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,      **CASE NOS. 5:15CV57-RLV;**
Plaintiffs,                                       **3:15CV211-RLV**

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant

------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants

## PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT BOSTON SCIENTIFIC'S DEPOSITION DESIGNATIONS OF ALFRED INTOCCIA, JR. TAKEN JULY 31, 2013

| BSC Designations | Objection | Plaintiffs Counter Designation |
|---|---|---|
| ai073113, (Pages 327:17 to 336:17) <br><br> 328 <br> 23  Q  For the Boston Scientific slings and POP kits, <br> 24  does Boston Scientific make -- do biocompatibility <br> 329 <br> 1  testing to determine whether or not the mesh and the <br> 2  product is biocompatible? <br> 3    A  Yes.  There's an entire organization department <br> 4  within Boston Scientific that does biocompatibility <br> 5  work.  There's standardized tests that are used to <br> 6  determine biocompatibility for all materials. <br> 7    That biocompatibility group has the expertise, <br> 8  the knowledge, the capability of running batteries of <br> 9  tests that determine the biocompatibility of the <br> 10  product -- the material for use in the product. <br> 11    They also test the materials once they're <br> 12  actually assembled into the final configuration of a <br> 13  product, too, because you're concerned also about the | | *[Counter Designation to BSC 328:23-330:5]* <br> *ai073113, (Page 125:21 to 125:24)* <br> *125* <br> *21  Q  Okay.  I'm going to hand you what I've marked* <br> *22  as Exhibit 465.* <br> *23    (Exhibit Number 465* <br> *24    marked for identification)* <br><br> *ai073113, (Page 127:5 to 127:15)* <br> *127* <br> *5  Boston* <br> *6  Scientific has used the synthetic material as a vascular* <br> *7  graft and in other nonvascular reconstructive* <br> *8  applications, and urethral* |

14  interaction of various materials in a configuration, and
15  the processes that are used to put those various
16  materials together can also modify materials.  For
17  instance, if you weld them or heat them or things of
18  that nature, it can change the characteristic of the
19  material.
20      So they have specific biocompatibility tests,
21  batteries of tests that they put them through.  Every
22  single material at Boston Scientific is handled that
23  way.
24      Q    And would those tests be done at the
                330
1   development stage?
2       A    They could be done as early -- if things are
3   well-defined, they could be done as early as late
4   definition phase, but primarily they're done in the
5   development phase.

***

6       Q    And then the next step is validation and scale-
7   up.  Tell the jury what that means.
8       A    So once the product design is frozen and the
9   product has been verified as meeting its initial product
10  specification -- in other words, it works well, the
11  performance of the product is such that it's as
12  specified and predicted, the product meets those
13  specification requirements -- the decision is made to
14  move into process development work, so all of the
15  equipment associated with manufacturing the product and
16  manufacturing it in such a way that it's extremely
17  repeatable.
18      The process validation work is something that
19  is handled by the manufacturing and engineering team as
20  part of the manufacturing group.  And in parallel with
21  that you're preparing for design validation.  Design
22  validation is conducted to determine does the product
23  meet the initial user requirements or the physician
24  requirements, the physician needs.
                331

*sling procedures have been*
*9   practiced for more than 20*
*years.  Prior to its release*
*10   the product met all of the*
*standard engineering and*
*11   biocompatibility testing*
*commonly applied to implants*
*12   and it satisfied all US and*
*European regulatory*
*13   requirements."*
*14       Did I read that right*
*that time?*
*15   A   Yes, you did.*

*ai073113, (Page 128:4 to*
*128:10)*
                *128*
*4   Q   Okay.  Now, go back to*
*the first page where it*
*5   says "key points."  Would*
*you read me the fourth bullet*
*6   point.*
*7   A   "In conjunction with*
*any future sling*
*8   materials, Boston Scientific*
*will gather clinical data*
*9   to assess product*
*performance in a broad*
*spectrum of*
*10   clinical situations."*

*ai073113, (Page 133:13 to*
*133:17)*
                *133*
*13   Q   Okay.  So with regard*
*to future sling*
*14   materials, with regard to*
*the product Marlex, Boston*
*15   Scientific here is saying we*
*will gather clinical data*
*16   to assess product*
*performance.  Correct?*
*17   A   Correct.*

*ai073113, (Page 134:4 to*
*134:8)*
                *134*
*4   Q   Before the pelvic organ*
*prolapse products were*
*5   released on the market by*
*Boston Scientific, were any*

| | | |
|---|---|---|
| 1     And product that's produced on the<br>2  manufacturing process that's validated, samples are<br>3  taken from that, and those products are then presented<br>4  to physicians typically in the form of a test that<br>5  simulates the final use environment, simulates the<br>6  operating room for instance in this case. And it's<br>7  conducted by physician customers to determine does the<br>8  product work as it's specified that it should.<br>9     Once that design validation is done and it's<br>10  understood that the product meets its design<br>11  requirements, manufacturing is scaled up to a high<br>12  level.<br>13     This is the point at which the product would<br>14  have been submitted to various regulatory agencies,<br>15  whether it's the FDA or Japan PMDA, other global<br>16  regulatory bodies.<br>17     And then once the product has passed its final<br>18  process validation, design validation activity, it moves<br>19  into a commercialization phase where ultimately it's<br>20  brought to market.<br>21<br><br>    ***<br><br>       333<br>1    Q   And then you mentioned clinical. What would<br>2  clinical's role be in the project team?<br>3    A   Clinical is determining, you know, what is<br>4  necessary in terms of potential clinical testing and<br>5  when clinical testing should occur with that new product<br>6  or that product modification.<br>7     Most of the time in the division, urology<br>8  women's health, because the product was a -- what's<br>9  referred to as a simple 510(k) regulatory pathway, that<br>10  doesn't require clinicals until -- it doesn't require<br>11  clinicals to be approved by the agency.<br>12     Clinical trials are done after launch, but in<br>13  some instances where there's a different regulatory<br>14  pathway known as a PMA there are clinical trials<br>15  conducted on the products before they come to market. | 331:13-16<br>FRE 401,<br>402, 403<br>FDA<br>Reference<br><br><br><br><br><br><br><br><br><br><br>333:7-15<br>FRE 401,<br>402,403<br>FDA<br>Reference | *6  studies -- clinical studies*<br>*completed involving Marlex?*<br>*7     MR. ANIELAK: I*<br>*object to the form.*<br>*8    A  Not that I'm aware of.* |

| | | |
|---|---|---|
| ***<br>4    Q   Why -- The process, the five-step process, why<br>5  is that process used at Boston Scientific?  Why use that<br>6  process?  What's the purpose?<br>7    A  It's a process that's used not only in medical<br>8  device development.  It's a process that's used in<br>9  development of many new products across multiple<br>10  industries.<br>11      The reason it's done is it's a tried and true<br>12  process.  It's very successful.  It's a way to challenge<br>13  the engineering teams, challenge the assumptions, to be<br>14  assured that the work that's being done is appropriate<br>15  and meets specification.<br>16      Within Boston Scientific, there are key<br>17  elements in the medical device design and development<br>18  that are unique, of course.  It's critical that the<br>19  design history file work meet what's referred to by the<br>20  FDA as design controls.<br>21      And the FDA puts design control guidance<br>22  procedures in place that medical-device companies follow<br>23  in such a way to be assured that the right<br>24  considerations for physician and patient are kept in<br>          336<br>1  mind as the product is being developed. | 335:16-336:1<br>FRE 401, 402, 403<br>FDA Reference | |

1. **Counter Exhibits**
   a. Intoccia 465 (with FDA references redacted)

DATED: June 26, 2015                       Respectfully Submitted,

                                       **TRACEY & FOX LAW FIRM**

                                       /s/ Sean Tracey
                                       Sean Patrick Tracey
                                       State Bar No. 20176500
                                       Shawn P. Fox
                                         State Bar No. 24040926
                                       Clint Casperson
                                       State Bar No. 24075561
                                       440 Louisiana, Suite 1901

Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com