IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,   CASE NOS. 5:15CV57-RLV;
Plaintiffs,                              3:15CV211-RLV

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant
-------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants

# PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT BOSTON SCIENTIFIC'S DEPOSITION DESIGNATIONS OF FRANK ZAKRZEWSKI TAKEN ON MARCH 7, 2014

| BSC Designations | Objection | Plaintiffs Counter Designation |
|---|---|---|
| fz030714revised, (Page 44:3 to 44:11)<br>44<br>3  Q.    I'm going to hand you what<br>4  we've marked as Deposition Exhibit 3.  And<br>5  for the record, Deposition Exhibit 3 is a<br>6  material safety data sheet for Marlex<br>7  polypropylenes, all grades, dated<br>8  January 28th, 2004.<br>9          Do you see that down at the<br>10  bottom of the first page?<br>11      A.    I do. | | *[Counter Designations to BSC 44:3-44:11]*<br><br>*fz030714revised, (Page 42:5 to 42:9)*<br>42<br>5  Q.    At any time during your career,<br>6  were you personally involved in the creation<br>7  of a material safety data sheet for<br>8  polypropylene?<br>9      A.    No.<br><br>*fz030714revised, (Pages 42:10 to 43:4)*<br>42<br>10  Q.    And at any time during your |

| | | |
|---|---|---|
| | | 11   career, have you ever been involved in<br>12   conversations with Boston Scientific<br>13   regarding the procurement of polypropylene<br>14   from Philips Sumika?<br>15      A.   I actually don't recall.<br>16      Q.   Sitting here today, you have no<br>17   memory of any interactions with Boston<br>18   Scientific on polypropylene resin<br>19   specifically?<br>20      A.   I don't -- I actually don't<br>21   have memory of it, no, I don't.<br>22      Q.   Okay. And can you just tell me<br>23   what your job duties are as the procurement<br>24   operation manager?<br>                43<br> 1      A.   Basically, I'm responsible for<br> 2   the plant operations side of procurement, so<br> 3   I'm not -- I'm responsible for what the<br> 4   plants buy themselves |
| fz030714revised, (Page 45:3 to 45:12)<br>             45<br> 3  Q.   And in the deposition notice<br> 4   from Boston Scientific, we specifically asked<br> 5   about the medical application caution<br> 6   language that's on the first page of the<br> 7   MSDS, and do you understand the medical<br> 8   application caution language to be what's<br> 9   contained in those three paragraphs under<br>10   what I've just highlighted?<br>11      A.   Yes, I can read -- read that<br>12   it's on here, yes. | | [Counter Designations to 45:3-45:12]<br>fz030714revised, (Page 45:22 to 45:23)<br>                45<br>22  Q.   Do you know who wrote the MSDS?<br>23      A.   I do not.<br><br>fz030714revised, (Page 137:12 to 137:16)<br>               137<br>12  Q.   Are you aware at all, sir, of<br>13   the -- any regulations related to the<br>14   contents of an MSDS sheet? |

| | | |
|---|---|---|
| | | 15   MR. MARRS: Objection, form.<br>16   A.   I'm not.<br><br>*fz030714revised, (Pages 137:18 to 138:1)*<br>          137<br>18   Q.   Are you aware at all of whether<br>19   the appropriate applications for use of a<br>20   particular material product are supposed to<br>21   be included in Section 1?<br>22   MR. MARRS: Objection, form.<br>23   MR. STRONGMAN:  Form.<br>24   A.   No.  We do not determine<br>          138<br>1   suitability of use. |
| *fz030714revised, (Pages 45:24 to 46:11)*<br>          45<br>24   Q.   Was the medical application<br>          46<br>1   statement that we've highlighted in<br>2   Deposition Exhibit 3 added to the<br>3   polypropylene MSDS based on any scientific<br>4   testing that was conducted?<br>5   A.   Not that I'm aware of, no.<br>6   Q.   And was the medical application<br>7   statement for polypropylene in the MSDS<br>8   marked as Deposition Exhibit 3 added based on<br>9   any specific scientific data on<br>10   polypropylene?<br>11   A.   No.  Not that I'm aware of. | 45:24-46:11<br>FRE 401, 402, 403, 602, Speculative, Foundation | *fz030714revised, (Pages 134:10 to 135:6)*<br>          134<br>10   Q.   You, I think based on the<br>11   answer you just gave, are not involved in the<br>12   actual scientific testing, the technical side<br>13   of Phillips Sumika?<br>14   A.   Correct.<br>15   Q.   So the actual testing of<br>16   Phillips Sumika of Marlex is not something<br>17   with which you're involved?<br>18   MS. COHEN: Objection.<br>19   MR. STRONGMAN:  Form.<br>20   A.   Hands-on involvement, no.<br>21   BY MR. PERDUE:<br>22   Q.   As you sit here today, you are<br>23   not aware of testing that Phillips Sumika did |

| | | | |
|---|---|---|---|
| | | | 24  regarding the safety or lack of safety to use<br>                    135<br>1  Marlex in polypropylene mesh for implantation<br>2  in the human body?<br>3         MR. MERRELL: Objection, form.<br>4         MR. STRONGMAN:  Form.<br>5    A.    We did no testing of any Marlex<br>6  for medical applications. |
| fz030714revised, (Page 47:8 to 47:21)<br>                47<br>8  Q.   Was the medical application<br>9   statement that we're looking at in Deposition<br>10  Exhibit 3 added to the polypropylene MSDS<br>11  based on any review of the scientific or<br>12  medical literature on polypropylene?<br>13    A.    Yeah, I'm not aware of any<br>14  testing or information on polypropylene<br>15  related to this statement.<br>16    Q.    And was the medical application<br>17  statement for the polypropylene material<br>18  safety data sheet added to the MSDS based on<br>19  any scientific concerns with vaginal mesh<br>20  specifically?<br>21    A.    No. | 47:8 – 47:21<br>FRE 401, 402, 403, 602, Speculative, Foundation | | |
| fz030714revised, (Pages 64:4 to 65:1)<br>                64<br>4  Q.   I'm going to hand you what's<br>5   been marked as Deposition Exhibit 7, and<br>6   Deposition Exhibit 7 is Bates numbered CP-70,<br>7   running to 79, and it's a Marlex HGX-030-01<br>8   polypropylene MSDS.<br>9         Mr. Zakrzewski, have you seen<br>10  Deposition Exhibit 7 in your preparation for<br>11  your deposition today?<br>12    A.    Yes, I believe I have.<br>13    Q.    And with regard to Deposition<br>14  Exhibit 7, this MSDS for HGX-030-01 has what<br>15  revision date?<br>16    A.    10/17/2011.<br>17    Q.    And the HGX-030-01 MSDS marked<br>18  as Deposition Exhibit 7 likewise has a<br>19  medical application statement in Section 1;<br>20  is that correct?<br>21    A.    It does.<br>22    Q.    And was the medical application | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>64:22-65:1 | | |

| | | |
|---|---|---|
| 23   statement in Deposition Exhibit 7 placed on<br>24   the MSDS based on any scientific testing that<br>                  65<br>1    was done on polypropylene? | FRE 401, 402, 403, 602, Foundation, Speculative. | |
| fz030714revised, (Pages 65:3 to 66:11)<br>                65<br>3  A.   I know of no scientific testing<br>4   related to this.<br>5   BY MR. STRONGMAN:<br>6     Q.   And if you could look with me<br>7   at the very last page, Bates numbered<br>8   CP-00078, on Deposition Exhibit 7, are you<br>9   with me?<br>10     A.   Page 78, yes.<br>11     Q.   And there's a legacy MSDS<br>12   number included for Deposition Exhibit 7 on<br>13   that page. Do you see it?<br>14     A.   Yes.<br>15     Q.   And what is the legacy MSDS<br>16   number that's provided?<br>17     A.   240590.<br>18     Q.   And is that the same MSDS<br>19   number for the MSDSs that we were just<br>20   looking at?<br>21     A.   Yes.<br>22     Q.   And on the same page under that<br>23   same section of Deposition Exhibit 7, there<br>24   is an NFPA classification, do you see that?<br>                66<br>1     A.   I'm sorry, NFPA? Yes.<br>2     Q.   And there's a health hazard<br>3   category. Do you see that?<br>4     A.   Yes.<br>5     Q.   And what is the number given<br>6   for health hazard?<br>7     A.   Zero.<br>8     Q.   Mr. Zakrzewski, are you aware<br>9   of Phillips adding a medical application<br>10   statement to any MSDS for polypropylene as a<br>11   result of scientific testing that was done? | 65:3-4<br>FRE 401, 402, 403, 602, Foundation, Speculative<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>66:8-66:13<br>FRE 401, 402, 403, 602, Foundation, Speculative | |
| fz030714revised, (Page 66:13 to 66:13)<br>                66 | 66:13 | |

| | | |
|---|---|---|
| 13  A.    I am not. | FRE 401, 402, 403, 602, Foundation, Speculative | |
| fz030714revised, (Pages 69:18 to 71:8)<br>69<br>18  Q.    Mr. Zakrzewski, have you had an<br>19   opportunity to review Deposition Exhibit 8?<br>20       A.    Yes.<br>21       Q.    And for the record, Deposition<br>22   Exhibit 8 is an agreement between PSPC and<br>23   Boston Scientific; is that correct?<br>24       A.    Yes.<br>70<br>1       Q.    And what was the effective date<br>2    of the agreement marked as Deposition<br>3    Exhibit 8?<br>4       A.    October 1, 2004.<br>5       Q.    So the effective date of the<br>6    agreement between PSPC and Boston Scientific<br>7    was after January of 2004, correct?<br>8       A.    October comes after January,<br>9    correct.<br>10      Q.    And looking down at the second<br>11   paragraph of Exhibit 8, the agreement states<br>12   that Boston Scientific may from time to time<br>13   order certain PSPC polypropylene product<br>14   listed in Attachment A.  Do you see that?<br>15      A.    Yes, I see that.<br>16      Q.    And did you look at<br>17   Attachment A to Deposition Exhibit 8?<br>18      A.    Yes, I did.<br>19      Q.    And Attachment A lists<br>20   HGX-030-01; is that correct?<br>21      A.    Yes.<br>22      Q.    And that's a polypropylene<br>23   grade?<br>24      A.    Yes.<br>71<br>1       Q.    And based on the terms of the<br>2    agreement that's marked as Deposition<br>3    Exhibit 8, it states that the polypropylene<br>4    may be used by, for or on behalf of Boston<br>5    Scientific in the manufacture of medical<br>6    devices which may be implanted in the human<br>7    body or have contact with internal body<br>8    fluids or tissues; is that correct? | | fz030714revised, (Page 74:6 to 74:9)<br>74<br>6   Q.    Based on Deposition Exhibit 8,<br>7   PSPC agreed that it would sell polypropylene<br>8   to Boston Scientific after January 28th of<br>9   2004; is that fair?<br>fz030714revised, (Pages 74:18 to 75:8)<br>74<br>18  A.    You're asking if they could --<br>19   if we would agree to sell polypropylene to<br>20   them, not the application?  Yes.<br>21   BY MR. STRONGMAN:<br>22      Q.    So yes, PSPC based on<br>23   Exhibit 8 --<br>24      A.    We don't know your application.<br>75<br>1       Q.    And is it the responsibility of<br>2    the entity that purchases the resin from<br>3    Phillips to make sure that the application is<br>4    appropriate?<br>5       A.    Yeah, this is standard language<br>6    on contracts that we do not determine<br>7    suitability of use.  We don't know your<br>8    market or your application. |
| fz030714revised, (Page 71:13 to 71:14)<br>71<br>13  A.    The agreement gives them the | | |

| | | |
|---|---|---|
| 14   right to buy resin. | | |
| fz030714revised, (Page 78:10 to 78:13)<br>78<br>10  Q.   And you're not here today to<br>11   offer any criticisms about any conduct of<br>12   Boston Scientific; is that true?<br>13      A.   That's true. | 78:10-78:13<br>FRE 401, 402, 403 | |
| fz030714revised, (Page 107:8 to 107:10)<br>107<br>8  Q.   Phillips Sumika did not<br>9   consider Marlex 030 to be marketed and sold<br>10   for the intended use of medical devices? | | *[Counter Designation to BSC 107:8-20]*<br>*fz030714revised, (Page 86:15 to 86:17)*<br>*86*<br>*15  Q.   Let me hand you what I've*<br>*16   marked as Exhibit 10.*<br>*17     A.   Okay.*<br><br>*fz030714revised, (Page 87:3 to 87:20)*<br>*87*<br>*3  Q.   If you look to -- this is*<br>*4   Bates-labeled BSCM06700722580, continuing*<br>*5   through. Look specifically if you would,*<br>*6   sir, to the e-mail of August 2nd, 2011, in*<br>*7   this string. Do you see the cc there? It's*<br>*8   the second page of Exhibit 10.*<br>*9     A.   Yes.*<br>*10   Q.   The cc -- the from is from Bob*<br>*11   Rhoades, correct?*<br>*12     A.   Yes, sir.*<br>*13   Q.   And it is an e-mail that is at*<br>*14   a cpchem.com e-mail address, correct?*<br>*15     A.   Yes.*<br>*16   Q.   Is that the e-mail address that*<br>*17   would have been used, to your knowledge, by*<br>*18   Mr. Rhoades in 2011?*<br>*19     MR. STRONGMAN: Form.*<br>*20     A.   Yes.* |

| | | fz030714revised, (Page 90:4 to 90:11) |
| --- | --- | --- |
| | | 90 |
| | | 4 Q. The first e-mail in this chain |
| | | 5 is from a Mr. McCaslin dated July the 29th, |
| | | 6 2011. Do you see that? It's page 7 of the |
| | | 7 exhibit. |
| | | 8 A. Yes. |
| | | 9 Q. And the subject matter is |
| | | 10 "Phillips Chevron," correct? |
| | | 11 A. Correct. |
| | | |
| | | fz030714revised, (Page 90:12 to 90:22) |
| | | 90 |
| | | 12 Q. Do you have any recollection, |
| | | 13 sir, about history of purchases by Boston |
| | | 14 Scientific from Phillips Sumika before 2011? |
| | | 15 MR. STRONGMAN: Form. |
| | | 16 A. Direct? Direct purchases? |
| | | 17 BY MR. PERDUE: |
| | | 18 Q. Yes, sir. |
| | | 19 MR. STRONGMAN: Same objection. |
| | | 20 A. No, we did not sell -- based on |
| | | 21 the records I checked, we never sold Boston |
| | | 22 Scientific directly. |
| | | |
| | | fz030714revised, (Pages 92:23 to 93:4) |
| | | 92 |
| | | 23 Q. If you go forward in the |
| | | 24 document, and that is in the e-mail chain, |
| | | 93 |
| | | 1 you'll see an e-mail, sir, from Rick Williams |

|  |  | 2 from a CPChem e-mail address. Do you see<br>3 that on page 6?<br>4 A. Yes.<br><br>*fz030714revised, (Pages 94:8 to 95:15)*<br>94<br>8 Q. Mr. Williams writes on behalf<br>9 of Chevron Phillips, "I have brought the<br>10 below referenced issue to the attention of<br>11 Bob Rhoades, Phillips Sumika General Manager.<br>12 Bob has agreed to discuss the issue further<br>13 with this Mr. Todd McCaslin, should he wish<br>14 to contact Bob."<br>15 Do you see that, sir?<br>16 A. Yes, I do.<br>17 Q. At this time in August 2011,<br>18 was Mr. Rhoades the Phillips Sumika general<br>19 manager?<br>20 A. Yes, he was.<br>21 Q. If you will go forward then,<br>22 sir, in the e-mail chain to page 4, what is<br>23 the date of this e-mail?<br>24 A. August 2nd, 2011.<br>95<br>1 Q. And according to this document,<br>2 who is it from?<br>3 A. It's from Bob Rhoades.<br>4 Q. Who is it to?<br>5 A. It's to Todd McCaslin.<br>6 Q. And who is the -- who is copied<br>7 on the e-mail, included in the e-mail chain? |

| | | |
|---|---|---|
| | | 8    A.    Frank Zakrzewski, myself.<br>9    Q.    And the subject matter is what,<br>10   sir?<br>11   A.    PSPC HGX-030 -- oh, 03-01.<br>12   Q.    That is a polypropylene resin?<br>13   A.    Well, that's not, but --<br>14   Q.    There should be another zero?<br>15   A.    Should be another zero.<br><br>*fz030714revised, (Page 96:11 to 96:17)*<br>            96<br>11   Q.    And what does Mr. Rhoades'<br>12   e-mail say here on August 2nd, 2011?<br>13   A.    It says, "PSPC is not<br>14   interested in amending our 2004 agreement<br>15   concerning sales of HGX-03-01. The decision<br>16   was made and agreed upon back in 2004, and<br>17   our position has not changed."<br><br>*fz030714revised, (Pages 97:5 to 99:13)*<br>            97<br>5    Q.    The next e-mail in the chain<br>6    is, again, from Mr. Todd McCaslin at a BSCI,<br>7    or Boston Scientific, e-mail address there on<br>8    page 3. Do you see that, sir?<br>9    A.    Yes.<br>10   Q.    This is dated August 2nd, 2011,<br>11   the same date, correct?<br>12   A.    Yes. |

| | | |
|---|---|---|
| | | 13    Q.    It is addressed to Bob Rhoades
14    who was the GM for CPChem and --
15    A.    Phillips Sumika.
16    Q.    -- Phillips Sumika?
17    A.    Yes.
18    Q.    And you were copied on this
19    e-mail, correct?
20    A.    Correct.
21    Q.    It has the same subject line,
22    correct?
23    A.    Correct.
24    Q.    And in this, Mr. McCaslin, who
                       98
 1    works for Boston Scientific, says, "Bob, I
 2    appreciate the quick response.  Unfortunately
 3    back in 2004 we were not aware how good the
 4    Phillips material was and how difficult
 5    finding a replacement would be.  Would you be
 6    willing to discuss this further, as I would
 7    like to understand if there is anything
 8    Boston Scientific could offer/provide that
 9    would change this decision?
10         "If it's a liability issue, I
11    believe we can work with our legal to draft
12    appropriate language that fully protects
13    PSPC.  If it is financial, I realize our
14    requirements are very small, we could discuss
15    a minimum cost that could be -- would be
16    attractive to PSPC.  Let me know if you would |

| | |
|---|---|
| | 17   be willing to discuss further. Thank you,<br>18   Todd, Todd McCaslin, Global Sourcing<br>19   Director, Boston Scientific Corporation."<br>20        As you sit here today, sir, do<br>21   you have any recollection of receiving this<br>22   e-mail?<br>23        MR. STRONGMAN: Form,<br>24       foundation.<br>                99<br> 1   A.   No.<br> 2   BY MR. PERDUE:<br> 3   Q.   Do you have any reason to<br> 4   dispute that you were cc'd on this e-mail<br> 5   chain?<br> 6        MR. STRONGMAN: Form.<br> 7   A.   I do not.<br> 8   BY MR. PERDUE:<br> 9   Q.   If we then go forward to<br>10   Mr. Rhoades' reply, which is also dated<br>11   August 2nd, 2011, at a later time, 6:05 p.m.<br>12        Do you see that, sir? Page 2.<br>13   A.   Page 2. 6:05, yes, I see that.<br><br>fz030714revised, (Pages 100:10 to 102:22)<br>                100<br>10   Q.   Mr. Rhoades writes to,<br>11   according to the e-mail, Mr. McCaslin later<br>12   on the evening of August 2nd, 2011. Do you<br>13   see that?<br>14   A.   Yes, sir.<br>15   Q.   Mr. Rhoades writes, "Thanks, |

16    Todd.  We're simply not interested in this
17    business at any price, which is still the
18    basis of our past agreement with your
19    company."
20         Do you see that, sir?
21         MR. STRONGMAN:  Form.
22    A.   Yes.
23    BY MR. PERDUE:
24    Q.   Do you have a recollection of

                101
 1    Mr. Rhoades responding to Mr. McCaslin's
 2    repeated requests for purchases of
 3    Marlex 030-01 in 2011 with a final response
 4    that Phillips Sumika was simply not
 5    interested in any price of further sales to
 6    their company?
 7         MR. STRONGMAN:  Form,
 8    foundation.
 9    A.   I mean, I'm starting --
10    actually, I'm starting to remember a little
11    of this, but I don't have a lot of
12    recollection on the e-mails.
13         I do remember them coming back
14    now and asking for resin, and normal course
15    of business would have been Bob as a GM would
16    have spoken with the sales manager.
17    BY MR. PERDUE:
18    Q.   The course of this would be
19    normal?
20    A.   Yes.

| | | |
|---|---|---|
| | | 21 Q. And the ultimate decision on<br>22 behalf of Phillips Sumika would be Bob's,<br>23 Mr. Rhoades'?<br>24 A. The decision would be Bob's.<br>　　　　　102<br> 1 Q. You have testified that Boston<br> 2 Scientific -- pardon me, that Phillips Sumika<br> 3 never sold Boston Scientific resin for the<br> 4 express purpose of implantation through a<br> 5 medical device for permanent use in the human<br> 6 body?<br> 7 MR. STRONGMAN: Form,<br> 8 foundation.<br> 9 A. Actually, we never -- we don't<br>10 have any records of making any sale.<br>11 Normally we set up a customer, ship to, bill<br>12 to, a name. In SAP we don't have any records<br>13 of ever selling Boston Scientific resin<br>14 directly.<br>15 BY MR. PERDUE:<br>16 Q. As you sit here today, do you<br>17 know then how Boston Scientific ever got any<br>18 resin that it would characterize as<br>19 Marlex 030-01?<br>20 MR. STRONGMAN: Form.<br>21 A. Yeah, that would be just<br>22 speculation on how they got it |
| fz030714revised, (Page 107:15 to 107:20)<br>　　　　107<br>15 A. We don't determine suitability | | |

| | | |
|---|---|---|
| 16   of use.  Our expertise is in producing resin,<br>17   and there are steps between resin and a final<br>18   product.  We don't -- we're not experts in<br>19   processing.  We're not experts in determining<br>20   how someone wants to use our product. | | |
| fz030714revised, (Page 168:20 to 168:24)<br>               168<br>20  Q.    Did Phillips Sumika expect the<br>21  end processors to make the determination as<br>22  to the suitability of using Marlex resin for<br>23  whichever application they chose?<br>24      A.    Yes. | 168:20-24<br>FRE 401,<br>402, 403,<br>Foundation,<br>Speculative | fz030714revised, (Pages 192:17 to 193:1)<br>               192<br>17  Q.    Let's start with you looking at<br>18  CP-00010 in Exhibit 18.  That would be one of<br>19  these data sheets, page 10.  This is a Marlex<br>20  HGX-030-01 Phillips Sumika data sheet; is<br>21  that correct?<br>22      A.    Yes.<br>23      Q.    And the suggested applications<br>24  for Marlex HGX-030-01 by Phillips Sumika are<br>               193<br> 1  what?<br><br>fz030714revised, (Pages 193:23 to 194:2)<br>               193<br>23  A.    The data sheet reads, "Woven<br>24  industrial fabric and bags, woven carpet<br>               194<br> 1  backing, woven bags, woven geotextile<br> 2  fabrics," and "rope and cordage." |
| fz030714revised, (Pages 178:24 to 180:10)<br>               178<br>24  Q.    Do you know if it's an<br>               179<br> 1  antioxidant?<br> 2      A.    Yes.<br> 3      Q.    You know that it is an<br> 4  antioxidant?<br> 5      A.    Yes.<br> 6      Q.    And Irgafos 168, do you know<br> 7  the purpose of that additive?<br> 8      A.    It's also an antioxidant.<br> 9      Q.    And DHT-4A, do you know what<br>10  that is? | | fz030714revised, (Pages 127:24 to 128:11)<br>               127<br>24  Q.    Exhibit 14, Mr. Zakrzewski, is<br>               128<br> 1  a production from CP, or Chevron Phillips --<br> 2      A.    Phillips Sumika?<br> 3      Q.    -- Phillips Sumika, dash, 00091<br> 4  through 94.  Can you identify what this<br> 5  document is? |

| | |
|---|---|
| 11  A.  Not sure.<br>12  Q.  And were these additives added<br>13  to the Marlex resin, the HGX-030-01, in<br>14  May -- starting May 31, 2002?<br>15      MR. MATTHEWS: Object to form.<br>16  A.  According to this sheet, and<br>17  I'm going by this manufacturing spec, it<br>18  looks like this change was made in -- started<br>19  running these additives 9/11 of '97, based on<br>20  what I'm reading.<br>21  BY MR. MERRELL:<br>22  Q.  And these three additives here,<br>23  those are added by Phillips Sumika to the<br>24  resin?<br>                    180<br>1   A.  Yes.<br>2   Q.  Do you know if there were any<br>3   changes at all to the additives after May 31,<br>4   2002?<br>5   A.  Do I know if they were?<br>6   Q.  That there were any changes to<br>7   the --<br>8   A.  No changes.<br>9   Q.  No changes?<br>10  A.  I confirmed that. | 6   A.  Well, a TSM would have been a<br>7   technical service memorandum.<br>8   Q.  And tell us what a technical<br>9   service memorandum is.<br>10  A.  Just reporting of some general<br>11  information.<br><br>fz030714revised, (Pages 199:20 to 200:17)<br>                    199<br>20  On this technical service<br>21  memorandum, I think you -- this is something<br>22  that was, once again, prepared by Phillips<br>23  Sumika, right?<br>24  A.  Yes.<br>                    200<br>1   Q.  All right. And you can see<br>2   where I've highlighted there it says,<br>3   "Table 2 lists several strong mineral acids,<br>4   halogens and oxygen which can chemically<br>5   attack Marlex polypropylene causing<br>6   degradation of the resin."<br>7       Did I read that correctly?<br>8   A.  Yes.<br>9   Q.  That is something that Phillips<br>10  Sumika was aware of and published with regard<br>11  to its Marlex polypropylene, correct?<br>12      MR. MARRS: Objection, form.<br>13  A.  Whoever did this document, <br>14  yes --<br>15  BY MR. MATTHEWS:<br>16  Q.  Right.<br>17  A.  -- stated that |

|  |  | *fz030714revised, (Pages 201:14 to 202:9)* |
|---|---|---|
|  |  | 201 |
|  |  | 14  Q.   Look on the next page, page 92. |
|  |  | 15    Down at the bottom, where it says "Table 2." |
|  |  | 16    On page 92 of Exhibit 14, it states that, |
|  |  | 17    "Marlex polypropylene has good chemical |
|  |  | 18    resistance to most mineral acids and bases, |
|  |  | 19    but like other polyolefins can be attacked by |
|  |  | 20    some strong mineral acids, halogens and |
|  |  | 21    oxygens. The effect of strong oxidizing |
|  |  | 22    agents is an attack on the polymer chain |
|  |  | 23    resulting in eventual embrittlement of the |
|  |  | 24    resin." |
|  |  | 202 |
|  |  | 1      Again, based upon this document |
|  |  | 2    produced in response to our request, that |
|  |  | 3    information that I just read is something |
|  |  | 4    that was known to Phillips Sumika with regard |
|  |  | 5    to its Marlex polypropylene; is that correct? |
|  |  | 6      MS. COHEN: Foundation. |
|  |  | 7      MR. STRONGMAN: Objection, |
|  |  | 8    form. |
|  |  | 9    A.   They printed it, yes. |
|  |  |  |
|  |  | *fz030714revised, (Page 203:3 to 203:5)* |
|  |  | 203 |
|  |  | 3  Q.   I'll show you Exhibit 3, which |
|  |  | 4    is the 2004 MSDS. |
|  |  | 5    A.   Okay. |

| | | |
|---|---|---|
| | | *fz030714revised, (Pages 204:13 to 205:8)*<br>204<br>13  Q.   Look on page 5. I think it's<br>14    page 5 of Exhibit 3. Let me find mine. One<br>15    second. Sorry, page 6.<br>16         You see the statement that I've<br>17    highlighted under Section 10?<br>18  A.   "Incompatibility with other<br>19    materials may react with oxygen and strong<br>20    oxidizing agents such as chlorates, nitrates,<br>21    peroxides, et cetera."<br>22  Q.   And when Phillips Sumika makes<br>23    a statement like this in its material safety<br>24    data sheet, is that statement accurate?<br>205<br> 1  A.   Yes.<br> 2  Q.   Is that something that Phillips<br> 3    Sumika would have personal knowledge of or it<br> 4    would not be in this material safety data<br> 5    sheet?<br> 6        MR. MERRELL: Objection, form.<br> 7  A.   It's a -- I view it as a<br> 8    warning. It should be taken seriously. |
| fz030714revised, (Page 183:9 to 183:11)<br>183<br> 9  Q.   To be clear, though, as you<br>10    said before, you've seen no testing that led<br>11    to that change in the MSDS; is that correct? | 183:9-14<br>FRE 401, 402, 403, 602, Foundation, Speculative | |
| fz030714revised, (Page 183:13 to 183:14)<br>183<br>13  A.   There's no testing that I'm<br>14    aware of | 183:13-14<br>FRE 401, 402, 403, 602, | |

| | Foundation, Speculative | |
|---|---|---|
| fz030714revised, (Page 184:11 to 184:14)<br>184<br>11  You're not aware of any<br>12  scientific basis for the medical caution<br>13  statement in the MSDS?<br>14      A.    I'm not. | 184:11-14<br>FRE 401, 402, 403, 602,<br>Foundation, Speculative | |

1. **Counter Exhibits**
    a. Zakrzewski Exhibit 10
    b. Zakrzewski Exhibit 14
    c. Zakrzewski Exhibit 18

DATED: June 26, 2015                                    Respectfully Submitted,

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 20176500
Shawn P. Fox
State Bar No. 24040926
Clint Casperson
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com