**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

RAMONA WINEBARGER and REX WINEBARGER,    **CASE NOS. 5:15CV57-RLV;**
Plaintiffs,    **3:15CV211-RLV**

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant
-----------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants

**PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT**
**BOSTON SCIENTIFIC'S DEPOSITION DESIGNATIONS OF ROBERT**
**MIRAGLIUOLO TAKE ON APRIL 24 AND 25, 2013**

| BSC Designations | Objection | Plaintiffs Counter Designation |
|---|---|---|
| rm042413, (Pages 52:2 to 53:10)<br>52<br>2  (Exhibit Number 141<br>3      marked for identification)<br>4    Q.  This is a document that is entitled "Guidance<br>5   for Preparation of a Premarket Notification Application<br>6  for a Surgical Mesh." Correct?<br>7     A.  Correct.<br>8    Q.  And it's a guidance for industry and/or for FDA<br>9  reviewers, staff and/or compliance.  Correct?<br>10     A.  Correct.<br>11    Q.  This is not the first time you've seen this<br>12  document.  Right?<br>13     A.  Correct.<br>14    Q.  And what's the date of the document?<br>15     A.  March 2nd, 1999. | 52:2-53:10<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

| | | |
|---|---|---|
| 16    Q.   What is the purpose of this kind of a document?<br>17    A.   This is called a special controls under the<br>18   Class II regulations, and it's to provide guidance to<br>19   industry, the FDA reviewers, and FDA compliance on what<br>20   types of information industry should provide and FDA<br>21   should be looking for to assess a premarket notification<br>22   application for surgical mesh product.<br>23    Q.   Put in an even more concise manner, it's FDA<br>24   telling you if you want a product cleared, this is what<br>          53<br>1   you need to send us.<br>2    A.   It's a guidance on it, yes.<br>3    Q.   Right.<br>4    A.   Correct.<br>5    Q.   It helps you.  You look at this document and<br>6   you know what to send the FDA to try and get a product<br>7   cleared.  Right?<br>8    A.   Correct.<br>9    Q.   So they're kind of telling you what they want?<br>10    A.   Correct. | | |
| rm042513, (Page 455:10 to 455:16)<br>          455<br>10   Q.   Generally speaking, Rob, describe for the jury<br>11   how many medical devices containing pelvic mesh have<br>12   been cleared by the FDA in the period of time that you<br>13   have been the vice president of regulatory for Boston<br>14   Scientific.<br>15    A.   I think it's approximately nine different<br>16   products have been cleared. | 455:10-16<br>FRE 401;<br>402; 403<br>FDA<br>Reference | |
| rm042513, (Pages 456:16 to 457:14)<br>          456<br>16  Q.   Okay.  Earlier yesterday there was a document<br>17   that was marked and identified as Exhibit 141, which is<br>18   entitled "Guidance for the Preparation of a Premarket | 456:16-<br>457:14<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

| | | |
|---|---|---|
| 19  Notification Application for a Surgical Mesh."<br>20        And I don't want to spend too much time on<br>21   this, but just give the jury some sense for what is the<br>22   importance of this guidance document from the FDA for<br>23   purposes of a company like Boston Scientific seeking FDA<br>24   clearance for products containing surgical mesh.<br>457<br>1      A.  This is a guidance document.  It is considered<br>2   a special controls under the regulations.  And it's for<br>3   Class II products whose pathway to market is the 510(k).<br>4        And this is a document that basically lays out<br>5   the information that FDA -- not only the FDA should ask<br>6   but also the guidance for industry to provide the<br>7   appropriate information that FDA feels is necessary for<br>8   them to make the decision to allow the product to be on<br>9   the market.<br>10      Q.  And where does the safety and efficacy of the<br>11   product factor into those guidelines?<br>12      A.  It factors into their substantial equivalence<br>13   statement in that this information is sufficient for<br>14   them to make that determination. | | |
| rm042513, (Page 466:6 to 466:19)<br>466<br>6  Q.  I want to mark quickly one more document.  I'll<br>7   mark this as Exhibit 195.<br>8        (Exhibit Number 195<br>9        marked for identification)<br>10     Q.  And this is a different group.  This is the<br>11   American Urogynecologic Society.<br>12        This exhibit states that "The American<br>13   Urogynecologic Society is a nonprofit organization of<br>14   over 1,500 physician and allied health members.  AUGS<br>15   represents the largest professional society representing | 466:6-19<br>Foundation,<br>Cumulative,<br>FRE 403;<br>Hearsay | |

| | | |
|---|---|---|
| 16   Female Pelvic Medicine and Reconstructive Surgery<br>17   specialists."<br>18      Do see where I read that in the second<br>19   paragraph? | | |
| rm042513, (Pages 466:22 to 467:2)<br>        466<br>22  Q.  What is the position as reflected in this<br>23   position statement of the -- a group called AUGS with<br>24   respect to the appropriateness of having POP devices<br>        467<br>1   available for patients who may be appropriate<br>2   candidates? | 466:22-467:2<br>Foundation,<br>Cumulative,<br>FRE 403;<br>Hearsay | |
| rm042513, (Page 467:4 to 467:10)<br>        467<br>4  A.  I'll read it.  "The American Urogynecologic<br>5   Society strongly opposes any restrictions by state or<br>6   local medical organizations, healthcare systems, or<br>7   insurance companies which ban currently available<br>8   surgical options performed by qualified and credentialed<br>9   surgeons on appropriately informed patients with pelvic<br>10   floor disorders." | 467:4-467:10<br>Foundation,<br>Cumulative,<br>FRE 403;<br>Hearsay | |
| rm042513, (Pages 472:7 to 473:6)<br>        472<br>7  Q.  Okay.  Let's shift gears a little bit.  Let's<br>8   talk about FDA and FDA transparency.  The jury may have<br>9   heard and seen e-mails and meetings and whatnot between<br>10   you and others on your regulatory team with the FDA.<br>11       Describe, first of all, the role of the FDA in<br>12   terms of reviewing our submissions and commenting on<br>13   them.<br>14     A.  Okay.  FDA has a very important, very difficult<br>15   role in the healthcare system.  And one of them is<br>16   determining which products should be placed into<br>17   commercialization. | 474:7-473:6<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

| | | |
|---|---|---|
| 18    And how it's done is they -- the company<br>19    provides FDA a body of evidence and quite detailed<br>20    information.  When that body of evidence is submitted to<br>21    FDA in the form of a 510(k), that review process at FDA<br>22    is conducted by multiple functions and FDA experts.<br>23    There's clinical folks, there's medical folks, there's<br>24    experts in biocompatibility, there's experts in<br>                473<br>1    sterilization, there's experts in packaging.<br>2          And all of them review their -- that body of<br>3    evidence from their perspective.  And should they have<br>4    any questions, they will provide those questions back to<br>5    the company and provide the company an opportunity to<br>6    respond to those questions. | | |
| rm042513, (Pages 473:12 to 475:6)<br>                473<br>12    Q.   What input and what kind of regulations govern<br>13    what is in the directions for use?<br>14      A.   The directions for use are -- is a critical<br>15    component of any submission to FDA, and it's one of<br>16    the main methods by which FDA controls devices.<br>17          So any information that's put into the<br>18    directions for use has to be reviewed and approved by<br>19    FDA prior to it being placed into -- alongside the<br>20    product into commercialization.<br>21      Q.   Let me quickly identify what's been previously<br>22    marked as a direction for use in the Uphold.  I think<br>23    you've previously identified this.<br>24          Is that what this appears to be, Exhibit 83?<br>                474<br>1      A.   Yes.<br>2      Q.   And examples of what could be in the directions<br>3    for use include such things as?<br>4      A.   There's the general caution statement that | 473:12-475:6<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

| | | |
|---|---|---|
| 5  states that this product can only be sold or used on the<br>6  order of a physician.  And then you get into the<br>7  concepts of warnings.  Those are explanation of things<br>8  that the user should be aware of.  There's the intended<br>9  use statement, which is specific use of the product that<br>10  FDA has cleared.<br>11        There's a section called contraindications,<br>12  which are fairly critical.  There's areas where it's<br>13  strongly recommended that the product not be used in.<br>14        There's another section called warnings and<br>15  potential complications that gives a long list of<br>16  potential complications that are possible to occur.<br>17  Q.  Okay.<br>18     A.  And this also provides instructions on how to<br>19  use the product.<br>20    Q.  When you're talking about the FDA regulating<br>21  these words, these specific words, these categories of<br>22  information, contraindications, warnings, intended<br>23  use, indications for use, those are examples of what<br>24  you're talking about?<br>            475<br>1     A.  Yes.<br>2     Q.  And we have examples here where our submissions<br>3  to the FDA invited comments and suggestions and<br>4  requested changes from the FDA on the terms of such<br>5  things as the directions for use?<br>6     A.  Correct. | | |
| rm042513, (Page 480:1 to 480:4)<br>            480<br>1  Q.  Counsel was -- he asked you a number of<br>2  questions about informed consent.  Do patients and<br>3  doctors have sources of information about products and<br>4  about conditions and about surgery options? | 480:1-13<br>FRE 402,<br>403,403,<br>Foundation | |
| rm042513, (Page 480:6 to 480:13) | 480:1-13 | |

| | | |
|---|---|---|
| 480<br>6  A.  Absolutely, yes.<br>7       Q.  Let's talk about doctors.  What are sources of<br>8    information to doctors in addition to the directions for<br>9    use that we've just identified?<br>10      A.  There is the literature.  There's also various<br>11    society -- medical societies that they can obtain<br>12    additional information from.  And there's also the<br>13    Internet, which also has a wealth of information on it. | FRE 402,<br>403,403,<br>Foundation | |
| rm042513, (Page 507:4 to 507:19)<br>507<br>4    Did Boston Scientific know and follow the<br>5    regulatory rules to demonstrate the safety and<br>6    effectiveness of its pelvic mesh products?<br>7       A.  Yes.<br>8       Q.  Did the FDA review the scientific evidence,<br>9    review your testing to reach a conclusion as to whether<br>10    or not we had met the standards?<br>11      A.  Yes.<br>12      Q.  Are there many occasions of the FDA requesting<br>13    meetings, having calls, sending us letters, sending us<br>14    e-mails, asking for additional information on a whole<br>15    variety of topics related to our pelvic mesh products?<br>16      A.  Yes.<br>17      Q.  And in every case the submissions that we made<br>18    were ultimately cleared by the FDA?<br>19      A.  Yes. | 507:4-19<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

1. **Objections to Designated Exhibits**
    a. Plaintiffs object to Miragliuolo 141 under FRE 401, 402, and 403 as the exhibit is an impermissible FDA reference.
    b. Plaintiff object to Miragliuolo 195 under FRE 401, 402, 403 and 802 as the document contains FDA references and out-of-court statements from a group the witness is not a member of.

DATED: June 26, 2015                              Respectfully Submitted,

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 20176500
Shawn P. Fox
State Bar No. 24040926
Clint Casperson
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com
