# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,   CASE NOS. 5:15CV57-RLV;
Plaintiffs,                              3:15CV211-RLV

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant

-------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants

## PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT BOSTON SCIENTIFIC'S DEPOSITION DESIGNATIONS OF CAROLYN CORYELL, MD, TAKEN 10/17/2014

| BSC Designations | Objection | Plaintiffs Counter Designation |
|---|---|---|
| cc101714, (Pages 12:17 to 14:19)<br><br>***<br><br>16    Q   In your experience has there been a<br>17   higher failure rate with native tissue repairs as<br>18   opposed to mesh repairs for pelvic organ prolapse?<br>19    A   Yes. | 14:16-19<br>FRE 401, 403, 702<br>Foundation | |
| cc101714, (Pages 15:11 to 16:2)<br>         15<br>11  Q   My question was I was curious about<br>12   your experience with performing native tissue<br>13   repairs for repairing pelvic organ prolapse when<br>14   compared to using mesh.<br>15       MR. CASPERSON: Objection to form.<br>16    A   I have more experience with mesh than<br>17   with native tissue because generally there has been | 15:11-24<br>FRE 401, 403, 702 ,<br>Foundation | |

| | | |
|---|---|---|
| 18  less discomfort associated with the recovery period,<br>19  because wherever you collect the native tissue from<br>20  has to also heal, unless you're just tightening the<br>21  vagina itself. And if you're just tightening the<br>22  vagina itself it -- it has a higher failure rate.<br>23  But I cannot give you a number on that 'cause I<br>24  haven't calculated it.<br>*** | | |
| cc101714, (Page 25:3 to 25:6)<br>          25<br>3  Q  Generally do you feel that mesh is a<br>4  safe option for some women as a treatment of pelvic<br>5  organ prolapse?<br>6     A  Yes. | | cc101714, (Pages 21:20 to 22:15)<br>          21<br>20  Did you stop using mesh for<br>21  pelvic organ prolapse repairs and for SUI at the<br>22  same time, or was there a different time?<br>23     A  There wasn't a decision in time, but<br>24  the last procedures I did were just the suburethral<br>25  slings and not the repair of the prolapse.<br>          22<br>1     Q  Was there any other reason that you<br>2  stopped using mesh for pelvic organ repairs other<br>3  than patient concerns?<br>4     A  Well, with all of the bad press I<br>5  just felt like I would refer those patients for<br>6  someone else to deal with.<br>7     Q  Would it be accurate to say that your<br>8  decision to stop using mesh for pelvic organ<br>9  prolapse repairs was not based on any experience you<br>10  had with the mesh in your clinical experience?<br>11     A  No. I had some complications with<br>12  mesh. I think anyone who did any volume of surgery<br>13  would have had some, and you have complications when |

|  |  | 14   you don't use it, complications most often being<br>15   recurrence.<br><br>*cc101714, (Page 23:20 to 23:25)*<br>                23<br>20   Q   When do you think the last time was<br>21      before your retirement that you used a Boston<br>22   Scientific Uphold?<br>23         A   Probably a couple of years.<br>24         Q   That be approximately 2012?<br>25         A   I guess. |
| cc101714, (Pages 28:5 to 29:14)<br>                28<br>5   A   Infrequently.<br>6         Q   Did you notice any difference in your<br>7    patients experiencing complications between the<br>8    different products that you used?<br>9         A   No.<br>10        Q   In 2010 when Ms. Winebarger had her<br>11    surgery, what were you telling your patients about<br>12   the risks and benefits of using mesh for pelvic<br>13   organ prolapse repair?<br>14        A   Well, I would tell them that -- that<br>15   it increased the likelihood of success of the repair.<br>16   That's not a risk, but I mean I'm just going to<br>17   through it --<br>18        Q   I asked for risks and benefits, yeah.<br>19        A   And that the degree or the amount of<br>20   repair needed also increased the benefit -- I don't<br>21   think I said that clearly, but that if they were<br>22   dropped down more, it helped more.  And that the risk<br>23   was pain.  The risk was that -- that it could -- I<br>24   didn't use the word erosion usually with patients.  I<br>25   would say that it could wear through to the surface<br>                29<br>1   and possibly require additional surgery.  I'd tell<br>2   them that sometimes there could be leakage<br>3   afterwards.  And retention, 'cause you can get it too |  | *cc101714, (Page 29:15 to 29:18)*<br>                29<br>15   Q   So the native tissue repair would<br>16    also have risks associated with pain, urine leakage<br>17    and retention, infection, and recurrence?<br>18         A   Not so much infection. |

| | | |
|---|---|---|
| 4  tight.  And infection, I would always mention<br>5  infection.<br>6      Q   Other than the risks of -- I think as<br>7  you described it, the mesh wearing through --<br>8      A   Um-hmm.<br>9      Q   -- were any of the other risks that<br>10  you just gave me specific to a repair with mesh as<br>11  opposed to a native tissue repair for pelvic organ<br>12  prolapse?<br>13      A   It's not one versus the other.  The<br>14  risks are present for both. | | |
| cc101714, (Pages 32:19 to 33:2)<br>             32<br>19  Q   Do you understand -- do you<br>20  understand that the FDA reviews the language that's<br>21  in the directions for use in medical devices?<br>22      A   Yes.<br>23      Q   Are there any risks or potential<br>24  complications that you saw in your review of the DFU<br>25  for the Uphold that you were not aware of at the<br>             33<br>1  time of Mrs. Winebarger's surgery?<br>2      A   No. | 32:19-33:2<br>FRE 401,<br>402, 403<br>FDA<br>reference | |
| cc101714, (Pages 45:22 to 47:6)<br>             45<br>22  Q   In the weeks following her surgery<br>23  did you see Mrs. Winebarger?<br>24      A   I saw her in the hospital until she<br>25  was discharged, and then I saw her back in the office<br>             46<br>1  on August 30th, 2010.<br>2      Q   At the time Mrs. Winebarger was<br>3  discharged were you pleased with her surgery?<br>4      A   Yes.<br>5      Q   At the time she was discharged did<br>6  you consider her surgery to be a success?<br>7      A   Yes.<br>8      Q   Was there anything unusual about<br>9  Mrs. Winebarger's immediate postoperative course?<br>10      A   No.<br>11      Q   Did you continue to follow<br>12  Mrs. Winebarger after her initial postop visit?<br>13      A   She had a second postop visit, and<br>14  then that was the last time I had seen her, and the | | |

| | | |
|---|---|---|
| 15  second visit was on October 27th, 2010.<br>16      Q    As of October 2010 was<br>17  Mrs. Winebarger having any problems during her<br>18  postoperative period?<br>19      A    She had mild urinary incontinence.<br>20  Stress urinary incontinence.<br>21      Q    And was that a risk of the procedure<br>22  she underwent?<br>23      A    Is that --<br>24      Q    Is that a risk of the procedure she<br>25  underwent?<br>              47<br>1       A    Yes.<br>2       Q    Would that have been a risk whether<br>3   or not mesh was used?<br>4       A    Yes.<br>5       Q    Do you agree that Mrs. Winebarger<br>6   benefitted from your surgery? | | |
| cc101714, (Page 47:8 to 47:16)<br>              47<br>8    A    At the time I last saw her she seemed<br>9   to.<br>10      Q    Have you ever concluded that mesh<br>11  injured Mrs. Winebarger in any way?<br>12      A    No.<br>13      Q    Dr. Coryell, are you aware that for a<br>14  device to be sold in the United States, it must be<br>15  cleared by the Food and Drug Administration?<br>16      A    Yes. | 47:5-16<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |
| cc101714, (Pages 48:24 to 49:7)<br>              48<br>24  A    Not that I recall.<br>25      Q    Did you rely on any sales<br>              49<br>1   representatives in making medical decisions about<br>2   the safety of the medical devices you used?<br>3       A    I would not say I relied on it, but<br>4   it's part of the information I receive.<br>5       Q    Do you recall any Boston Scientific<br>6   sales representative providing you with any<br>7   information regarding the Uphold? | | *cc101714, (Pages 79:9 to 80:8)*<br>              *79*<br>*9   Q    Earlier in today's deposition you*<br>*10   were asked some questions about sales reps, and I*<br>*11   believe you testified something to the effect that*<br>*12   there were sales reps coming in, discussing pore*<br>*13   size and the type of mesh. Do you recall that*<br>*14   testimony?*<br>*15          MS. BRATHWAITE: Objection.*<br>*16       A    Yes.*<br>*17       Q    What are some of the differences*<br>*18   between these types of devices?* |

| | | | |
|---|---|---|---|
| | | | 19 A With regards to anything in<br>20 particular, or just --<br>21 Q I'm interested in the particulars.<br>22 A My question was what particulars, I<br>23 guess.<br>24 Q Is pore size something --<br>25 A Pore size? Pore size is something<br>80<br>1 that the various reps would talk about, and I would<br>2 say that -- that the size could affect how well it<br>3 was -- the tissue would grow into it to secure it.<br>4 That small, too small of a pore size was not good.<br>5 Q So it's your understanding then that<br>6 pore size is a variable between these different<br>7 types of pelvic organ prolapse products?<br>8 A It's one of the variables. |
| cc101714, (Page 51:21 to 51:23)<br>51<br>21 Q Of course. As part of your treatment<br>22 did you ultimately choose the Uphold to treat<br>23 Mrs. Winebarger's pelvic organ prolapse? | 51:21-23;52:5<br>FRE 401, 402, 403, Foundation | | |
| cc101714, (Page 52:5 to 52:9)<br>52<br>5 A Yes.<br>6 Q At the time of Mrs. Winebarger's<br>7 surgery did you have adequate information on how to<br>8 use the Uphold to properly perform the procedure?<br>9 A Yes. | 52:6-9<br>FRE 401, 402, 403, Foundation, Legal Conclusion | | |
| cc101714, (Page 52:11 to 52:13)<br>52<br>11 Q And similarly did you have adequate<br>12 information to properly evaluate the risks and<br>13 benefits of the Uphold for Mrs. Winebarger? | 52:11-15<br>FRE 401, 402, 403, Foundation, Legal Conclusion | | |
| cc101714, (Pages 52:15 to 53:1) | | | |

| | | | |
|---|---|---|---|
| 52<br>15  A   Yes.<br>16       Q   Regarding the benefits, did<br>17   Mrs. Winebarger have the potential to benefit from<br>18   Uphold in the accompanying surgery you performed?<br>19       A   Did she have the --<br>20       Q   The potential to benefit from the use<br>21   of Uphold in the accompanying surgery you performed?<br>22       A   Yes.<br>23       Q   At the time of Mrs. Winebarger's<br>24   surgery were you aware of all the risks included in<br>25   the Uphold DFU that we marked earlier?<br>53<br>1       A   Yes. | | | |
| cc101714, (Page 53:3 to 53:6)<br>53<br>3   Q   And specifically at the time of<br>4   Mrs. Winebarger's surgery in August 2010, were you<br>5   aware of the risks of pain, stress urinary<br>6   incontinence, recurrence, and erosion? | | | |
| cc101714, (Pages 53:8 to 54:16)<br>53<br>8   A   Yes.<br>9       Q   And based on the customary surgical<br>10   discussion that we discussed earlier, do you believe<br>11   you relayed these risks to Mrs. Winebarger before<br>12   her procedure?<br>13       A   Yes.<br>14       Q   Based on your clinical experience, do<br>15   you believe that Mrs. Winebarger was an appropriate<br>16   candidate for the Uphold?<br>17       A   Yes.<br>18       Q   Do you have any criticisms of the<br>19   warnings or the directions for use that we looked at<br>20   earlier?<br>21       A   No.<br>22       Q   Do you have any criticisms of the<br>23   performance of the Uphold based on your experience?<br>24       A   No.<br>25       Q   Do you -- back when you were<br>54 | 53:18 – 24<br>FRE 401, 402, 403 | | |

| | | |
|---|---|---|
| 1  practicing, did you consider mesh products available<br>2  on the market for the treatment of pelvic organ<br>3  prolapse to be a beneficial development to your<br>4  practice and for your patients?<br>5     A  Yes.<br>6     Q  Doctor, do you rely on the FDA to do<br>7  its job as part of -- sorry, strike that. Sorry.<br>8     Doctor, are you aware that the Uphold at<br>9  the time you were using it was a device that was<br>10  only available through a licensed physician?<br>11    A  Yes.<br>12    Q  And as a device manufacturer, were<br>13  you aware that part of the regulatory rules and<br>14  regulations required Boston Scientific to make a<br>15  showing to the FDA on the safety and effectiveness<br>16  of its devices? | 54:6-16;<br>402, 402, 403,<br>Foundation,<br>Misleading<br>FDA Reference | |
| cc101714, (Page 54:18 to 54:24)<br>      54<br>18  A  Not specifically for Boston<br>19  Scientific, but that's just something that they do<br>20  for anything they approve.<br>21    Q  And as a doctor do you rely on the<br>22  FDA to require a showing of the safety and<br>23  effectiveness of a device before the FDA approves<br>24  it? | 54:18-24<br>FRE 401, 402, 403,<br>Foundation<br>Misleading<br>FDA Reference | |
| cc101714, (Page 55:1 to 55:4)<br>      55<br>1  A  Yes.<br>2    Q  Do you understand that the FDA<br>3  cleared the product that you implanted in<br>4  Mrs. Winebarger? | 55:1-55:4<br>FRE 401, 402, 403<br>Foundation,<br>Misleading<br>FDA Reference | |
| cc101714, (Page 55:6 to 55:6)<br>      55<br>6  THE WITNESS: Yes | 55:6<br>FRE 401, 402, 403<br>FDA Reference | |
| cc101714, (Page 70:2 to 70:4)<br>      70<br>2  Q  Did any Boston Scientific sales reps<br>3  ever scrub in to surgeries you were performing?<br>4    A  No. | 70:2-4<br>FRE 401 | |
| cc101714, (Pages 72:10 to 73:14)<br>      72<br>10  What are the mesh extensions secured to in<br>11  the patient?<br>12    A  The sacrospinous ligament. | | |

| | | |
|---|---|---|
| 13    Q    And to secure the mesh extension to<br>14    the sacrospinous ligament, is it necessary to pass<br>15    through muscle tissue in the pelvic floor?<br>16    A    It's not muscle, it's ligamentous<br>17    tissue.<br>18    Q    And are these -- is this ligamentous<br>19    tissue in proximity to nerves running through the<br>20    pelvic floor?<br>21    A    It -- yes.<br>22    Q    Are there any major nerves extending<br>23    throughout the anatomy of the pelvic floor that the<br>24    mesh extensions would be in proximity to when you go<br>25    in to anchor them to the sacrospinous ligament?<br>            73<br>1    A    The nerves are there, but you avoid<br>2    them by your positioning of the device.<br>3    Q    So am I correct that when you're<br>4    placing the mesh extensions in the sacrospinous<br>5    ligament, you take care to avoid any major nerves in<br>6    the pelvic floor?<br>7    A    You don't actually see the nerves,<br>8    you just know where they are.<br>9    Q    And that's because --<br>10    A    Because of anatomy.<br>11    Q    -- of your experience with the pelvic<br>12    anatomy and your training and skills as a urologist;<br>13    correct?<br>14    A    Right. | | |
| cc101714, (Page 73:18 to 73:22)<br>            73<br>18    Q    Is it possible for the arms of this<br>19    mesh to contract post implantation, thereby<br>20    impinging on a nerve that was previously avoided<br>21    during the actual implant procedure itself?<br>22    A    I would say it's unlikely. | | *cc101714, (Page 73:15 to 73:17)*<br>            *73*<br>*15    Q    Doctor, are you familiar with the*<br>*16    phenomenon known as mesh contraction?*<br>*17    A    I know what you're referring to*<br><br>*cc101714, (Pages 80:24 to 81:4)*<br>            *80*<br>*24    Q    Is the amount of contraction that was*<br>*25    anticipated something that varied between these* |

| | | |
|---|---|---|
| | | *81*<br>*1 products?*<br>*2   A   The amount of contraction may or may*<br>*3 not have varied, but if it did, how much it did was*<br>*4 not something that I was aware of.* |
| cc101714, (Pages 75:22 to 76:14)<br>75<br>22  Q   Is it fair to say that the nerve runs<br>23   to the inside of where the sacrospinous ligament<br>24   runs within the pelvic floor?<br>25        A   The nerve is kind of perpendicular<br>76<br> 1  to -- not quite perpendicular, but relatively<br> 2  perpendicular to the ligament.  The ligament crosses<br> 3  in front of it from where you are doing the surgery,<br> 4  and then you place your -- the arm of the device to<br> 5  the side of where it crosses there.  So if the device<br> 6  tightens it would tighten parallel or relatively<br> 7  parallel to the nerve, not crossing the nerve.  Does<br> 8  that make sense, or do you understand what I mean?<br> 9        Q   Let me clarify it.  So is it possible<br>10   for mesh contraction to cause the sacrospinous<br>11   ligament to impinge on this nerve you were just<br>12   describing?<br>13            MS. BRATHWAITE:  Objection.<br>14            THE WITNESS:  No. | | *cc101714, (Pages 76:20 to 77:5)*<br>*76*<br>*20  Q   Are there other nerves in the pelvic*<br>*21   floor that mesh contraction could bring the*<br>*22   sacrospinous ligament into proximity with?*<br>*23        A   There's nerve supply throughout the*<br>*24   pelvic floor, but as far as specific nerves, not that*<br>*25   I'm aware of.*<br>*77*<br>*1        Q   So would I be correct in saying that*<br>*2   mesh contraction could bring the sacrospinous*<br>*3   ligament into contact with minor nerves throughout*<br>*4   the pelvic floor, not the main nerves then?*<br>*5        A   I suppose.* |
| cc101714, (Pages 89:10 to 90:10)<br>89<br>10  Q   Is the bad press that you were<br>11   referring to the July 2011 FDA alert and the -- the<br>12   ensuing aftermath?<br>13            MS. BRATHWAITE:  Objection.<br>14        A   Well, I was referring more to how<br>15   much you could see on TV saying don't get pelvic<br>16   mesh.<br>17        Q   And I believe you testified earlier<br>18   that your patients had concern about the pelvic<br>19   mesh.<br>20        A   Yes.<br>21        Q   Did you share their concerns? | 89:10-90:10<br>FRE 401, 402, 403<br>Post Implantation | |

| | | |
|---|---|---|
| 22    A   Not to the degree that they had them.<br>23    Q   What were your concerns when you<br>24   began seeing these -- these ads on TV and patients<br>25   began expressing concerns to you?<br>                90<br> 1    A   The risks I don't think had really<br> 2   changed; the risks were the risks.  But how patient<br> 3   satisfaction with their results had changed as a<br> 4   result of this, because you can have pain whether you<br> 5   use mesh or don't use mesh.  You can have recurrence<br> 6   whether you use mesh or don't use mesh.  And so then<br> 7   if you have any of those things you blame it on the<br> 8   mesh.  It's not necessarily because of the mesh.  And<br> 9   it's hard, I think, to determine whether or not it is<br>10   caused by the mesh or just the risks of the surgery. | | |
| cc101714, (Pages 108:3 to 109:15)<br>                108<br> 3    Q   I have a couple of follow-up ones,<br> 4   Dr. Coryell.  Very briefly talking about the<br> 5   material safety data sheet.  Let me mark our next<br> 6   exhibit.  I think we're on 8.<br> 7            (Exhibit 8 was marked.)<br> 8    Q   Dr. Coryell, do you see the FDA's<br> 9   question to Boston Scientific at the top of Exhibit<br>10   A?<br>11    A   Yes.<br>12    Q   And is this question specific to the<br>13   language that Mr. Casperson just showed you<br>14   regarding the medical application caution?<br>15    A   Yes.  It appears to be.<br>16    Q   And underneath the background header<br>17   of this document, do you see where it says that<br>18   polypropylene homopolymer resin has been used by<br>19   Boston Scientific for permanent implant since the<br>20   late 1990's?<br>21    A   Yes.<br>22    Q   And this document goes on to explain<br>23   more background.  The last sentence above the<br>24   section that says safety testing. | 108:3-109:15<br>FRE 401, 402, 403<br>FDA Reference | |

| | | |
|---|---|---|
| 25    A   Um-hmm.  Yes.<br>          109<br>1    Q   Do you see where it says, "Boston<br>2   Scientific has performed extensive testing to<br>3   support the material is safe for use as a long term,<br>4   permanent implant device?"<br>5    A   This?<br>6    Q   Yes.<br>7    A   Yes.<br>8    Q   And I'm not going to ask you to study<br>9   this document here, but if you look at the next<br>10  pages, does it go into more detail about the studies<br>11  that Boston Scientific has done?<br>12    A   Yes.<br>13    Q   And do you rely on the FDA to<br>14  evaluate the composition of medical devices, or is<br>15  that something that you take on yourself? | | |
| cc101714, (Pages 109:17 to 111:23)<br>          109<br>17  A   I rely on the FDA.<br>18    Q   Have you ever relied on an MSDS for<br>19  any medical device as a basis for your medical<br>20  decision making?<br>21  A   No.<br>*** | 109:17-21<br>FRE 401,<br>402, 403<br>FDA<br>Reference | |

1. **Objections to Exhibits**
    a. Plaintiffs object to Coryell Exhibit 8 under FRE 401, 402, and 403 as an impermissible FDA reference.

DATED: June 26, 2015                                Respectfully Submitted,

                                                            **TRACEY & FOX LAW FIRM**

                                                            /s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 20176500
Shawn P. Fox
State Bar No. 24040926
Clint Casperson
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com