# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-057-RLV-DCK

| | |
|---|---|
| ROMONA WINEBARGER and REX WINEBARGER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER** |
| BOSTON SCIENTIFIC CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |
| MARTHA CARLSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BOSTON SCIENTIFIC CORPORATION, | )<br>) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on (Document No. 153) filed July 8, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that (Document No. 153) is **GRANTED**. Any objections to the counter-designations and exhibits, and any counter-designations to an opposing party's counter-designations, shall be filed by **Monday, July 20, 2015**. No additional testimony may be designated after **July 20, 2015** absent leave of Court. The parties shall meet and confer

no later than **Monday, July 27, 2015**, to resolve objections to testimony and exhibits and to resolve any proposed redactions to exhibits.

    **SO ORDERED**.

    Signed: July 10, 2015

David C. Keesler
United States Magistrate Judge