# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,  CASE NOS. 5:15CV57-RLV;
Plaintiffs,                              3:15CV211-RLV

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant
-------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants


### PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT BOSTON SCIENTIFIC'S COUNTER DEPOSITION DESIGNATIONS OF EVAN BRASINGTON TAKEN 8/22-23, 2013

| BSC Counter Designation | Objection | Plaintiffs Counter Designation to BSC Counter Designation |
|---|---|---|
| eb082213, (Page 73:3 to 73:15)<br>73<br>3　Q.　But Boston Scientific chose not to get that<br>4　experience prior to having it cleared and launching it.<br>5　Correct?<br>6　　　MR. ANIELAK:　Form.<br>7　　A.　I would expect -- and I'm going from my<br>8　experience in what products I've launched -- they go<br>9　through a 510(k) process, that they must go through a<br>10　rigorous process, if it's not requiring a clinical<br>11　trial, to look at the clinical data that is available<br>12　and submit that to the FDA as a predicate device. | 73:3-15<br>FRE 401, 402, 403<br>FDA | |

| | | |
|---|---|---|
| 13      If the FDA says this is not -- it does not meet<br>14  that requirement, then they will require a clinical<br>15  trial. | | |
| eb082313, (Pages 400:5 to 401:18)<br>          400<br> 5  Q.  And then it looks like you moved over to be<br> 6  vice president of worldwide marketing for the urology<br> 7  franchise.  Tell the jury what that means.  What did you<br> 8  do there?<br> 9     A.  So at that time the company made a decision as<br>10  we're entering the women's health space to split the<br>11  marketing role into two different areas.<br>12       And I was the vice president of marketing for<br>13  the urology products, and my responsibility was for all<br>14  of our stone management products.  And these are people<br>15  that end up getting kidney stones or stones in their<br>16  ureter or their bladder.  And we make products that<br>17  extract those stones from the body.  There's about<br>18  approximately 2,600 product codes in this area.  They're<br>19  products such as dilatation balloons, ureteral stents,<br>20  guidewires, sheaths, catheters, and so on.<br>21       And in addition to that, I was responsible for<br>22  the prostate.  So we had products for BPH, a laser<br>23  technology, and also the Prolieve technology, which is<br>24  the microwave technology.<br>          401<br> 1       So the urology business represented 70 percent<br> 2  of the company's revenue worldwide.<br> 3     Q.  So during this period of time from 2000 to<br> 4  2005, you were on the urology side of the business and | 400:5 –<br>401:18<br>FRE 401, 402, 403 | |

| | | |
|---|---|---|
| 5  not the women's health side of the business.  Is that<br>6  right?<br>7     A.  Yes.  My whole responsibility was on the<br>8  urology side.<br>9     Q.  During this period of time from 2000 to 2005,<br>10  that's when the Advantage -- Boston Scientific's<br>11  Advantage sling underwent its research and development<br>12  process.  Is that right?<br>13     A.  That's correct.<br>14     Q.  And were you working on that side of the<br>15  business when the research and development was done on<br>16  the Advantage sling?<br>17     A.  No.  I was solely responsible for the urology<br>18  product line. | | |
| eb082313, (Pages 407:3 to 409:4)<br>             407<br>3   Q.  I want to talk a little bit about what<br>4  marketing does.  Describe generally what the marketing<br>5  department does.  Give the jury some sense of some of<br>6  the big responsibilities of marketing.<br>7     A.  I actually get this question a lot, what's the<br>8  difference -- what do you do in marketing exactly.  And<br>9  I always start with the clinical unmet needs because<br>10  that's where marketing does start.  And that's<br>11  uncovering what the clinical unmet needs in the<br>12  marketplace.  We do that through interaction with<br>13  physicians, conducting market research, voice of the<br>14  customer, some voice of the patient, voice to the<br>15  hospital, to collect that information.<br>16       But mainly when you think of marketing and you<br>17  think of product development, we're getting the<br>18  information on what are the clinical unmet needs of the | | [Counter Designations to 407:3-409:4]<br><br>eb082213, (Page 201:5 to 201:10)<br>             201<br>5   Q.  Okay.  Let's talk about Dr. Roger Goldberg.<br>6  What did he develop?<br>7     A.  So Roger Goldberg -- again, to get the more<br>8  accurate details, I think I would talk to Jeff Mann or<br>9  Vance Brown, because those are the IP attorneys that are<br>10  on there.<br><br>eb082213, (Page 201:15 to 201:16)<br>             201<br>15  Q.  And his inventions resulted in what product?<br>16     A.  Uphold.<br><br>eb082213, (Pages 203:12 to 204:22)<br>             203<br>12  Q.  Okay.  But my question is:  With regard to the |

19   products.  And then once we establish that, we then
20   determine if a product can be made to address that
21   clinical unmet need.
22       Q.   And then does marketing work with outside
23   physicians?
24       A.   Yes, we do.

                              408

 1       Q.   In what capacity?
 2       A.   So with physicians outside or physicians in the
 3   marketplace, we establish relationships with some key
 4   opinion leaders or thought leaders that are considered
 5   experts or strong in some areas.  We also have regional
 6   thought leaders for specific regions of the country.
 7           We also have some community-based physicians
 8   that we interact with and contract with, and then also
 9   fellows and our residents for a goal of trying to get a
10   broad perspective of the marketplace.
11       Q.   And how do you use those doctors?  Why are they
12   a resource to the company?  What are you using them for?
13       A.   Well, the number-one reason is uncovering a
14   clinical unmet need and understanding what their
15   challenges are in their practice, with their patients,
16   with their outcomes, and hopefully coming up with
17   resolutions to that.
18           We also work with docs that come to us with
19   specific ideas.  We say no to many; we say yes to some.
20   It's typically the ones that we say yes to are the ones
21   that have a clinical -- I mean they have a patent and it
22   truly addresses a clinical unmet need.
23           And we also work with physicians from a

13   actual Uphold product, the only clinical data you had
14   with regard to the Uphold product itself came from
15   Dr. Goldberg, who was receiving a royalty on the
16   product.  True?
17       A.   I don't know.  I would ask Janice Connor.
18       Q.   Okay.  If that is the case, doesn't that
19   present a conflict of interest?
20           MR. ANIELAK:  Form.
21       A.   I'm not an expert on contracting.  My
22   experience in the past is no, that's not a conflict of
23   interest.
24       Q.   Well --

                              204

 1       A.   Because he invented the product.
 2       Q.   Right.  But he's also the one that's saying
 3   it's good and he's also the one that's getting paid.  So
 4   doesn't Dr. Goldberg have a vested interest in saying
 5   that his product works well because if it works well,
 6   Dr. Goldberg makes more money?
 7       A.   Yeah.  I mean, this is getting out of my area
 8   of expertise from the standpoint of exactly how they're
 9   paid.
10           But my understanding with these guys and how
11   they're paid is they're paid on the patent of the
12   product.  That's what they're paid.  They're paid on the
13   idea that they brought and invented to the marketplace.

| | | | |
|---|---|---|---|
| 24   training standpoint because the physicians are the ones<br>                                       409<br> 1   that do the training.  And they're the ones we count on<br> 2   to do the training in our preceptorships and our<br> 3   proctorships as well as working in our cadaver labs and<br> 4   so on. | | | 14      Q.  Okay.  But do you understand how a conflict<br>15   could arise because if a -- when you're looking at data,<br>16   data can be interpreted many different ways.  Correct?<br>17      A.  Sure.<br>18      Q.  Isn't it possible that someone who has a<br>19   financial interest in interpreting data could skew the<br>20   data to help their own financial gain?  That's a<br>21   possibility, isn't it?<br>22      A.  Absolutely can happen.<br><br>eb082213, (Page 193:15 to 193:19)<br>                     193<br>15   Q.  It says, "I played an active role in assessing,<br>16   developing, and negotiating the Dennis Miller and<br>17   Roger Goldberg new product/royalty contracts."<br>18          Do you see that?<br>19      A.  Yeah.  I was involved in both. |
| eb082313, (Pages 412:4 to 422:9)<br>                     412<br> 4   Q.  You referred a number of times to unmet needs.<br> 5   In terms of Boston Scientific's -- the Pinnacle and the<br> 6   Uphold devices that were marketed by Boston Scientific<br> 7   for pelvic organ prolapse, how did those products<br> 8   fulfill an unmet need?<br> 9      A.  Well, at the time that we were looking at the<br>10   market for pelvic organ prolapse there were other<br>11   companies already on the market, J&J, AMS, Bard, and<br>12   others.  And one of the things that we heard through | 412:4-413:6<br>FRE 801, 802 | | |

13   physicians when we were determining if we were going to
14   come to the market, what are the clinical unmet needs.
15        So the way the first-generation products that
16   were on the market that were offered by the companies I
17   mentioned were -- it's a trocar that's passed through
18   the buttocks.  There's four different trocars.  It's a
19   blind passage.  So many of the physicians that we talked
20   to had stated is it possible to do this procedure
21   intravaginally so you're not having to do a blind pass
22   through the buttocks.
23        The other thing that physicians were stating
24   when we're talking about what can we do to improve
                413
 1   products that are already on the market is improving the
 2   actual stability of the actual mesh, meaning the current
 3   devices were Level 2 support, which is sutured to the
 4   sidewall.  And the whole idea of Level 1 support is,
 5   according to the physician feedback, we said
 6   repositioning the organ back into its normal anatomy.

***

 6     Q.  I want to turn to the next slide from your
 7   presentation where you talk about physician education.
 8   When you're talking about physician education, tell the
 9   jury what that means.
10     A.  Physician education, physician training, that's
11   also what it's called.  First, it's something I'm very
12   passionate about from the day I started with Boston

| | | |
|---|---|---|
| 13  Scientific and looking at different ways that we should<br>14  train our physicians.  From Day 1 I set a goal, how can<br>15  we do this differently than our competitors.  We did<br>16  that successfully on the urology side and then we<br>17  certainly have had multiple iterations on the women's<br>18  health side.<br>19      We have various types that we've started with.<br>20  Preceptoring.  Preceptoring is when physicians that want<br>21  to learn a product can go watch a physician.<br>22      Proctoring is when the actual physician, that's<br>23  the training physician, goes to the actual site of the<br>24  person that wants to be trained.<br>              417<br> 1      And then we had our cadaver lab training.<br> 2      We started the Pelvic Floor Institute, which<br> 3  was a framework of our approach to training for stress<br> 4  urinary incontinence and pelvic organ prolapse, which<br> 5  has multiple levels and is considered by many physicians<br> 6  as the gold standard.<br> 7    Q.  Does Boston Scientific -- are you training<br> 8  doctors and the marketing people training doctors or how<br> 9  are doctors getting trained?<br>10    A.  No.  As I said, our job is to build a frame-<br>11  work.  But we -- for example, with the Pelvic Floor<br>12  Institute or with our proctoring or preceptoring, our<br>13  doctors that are contracted do the training.  Marketing<br>14  does not do the training.  We facilitate the framework<br>15  to do the training.<br>16    Q.  And in terms of the training on the pelvic | 417:2-419:1<br>FRE 401, 402, 403 | |

17   organ prolapse devices and the stress urinary
18   incontinence devices, who within your organization would
19   know the most details about Boston Scientific's training
20   programs?
21       A.   Abby Fischer would be the person what has been
22   most integrally involved with that.
23       Q.   You mentioned the Pelvic Floor Institute.  Tell
24   the jury what the Pelvic Floor Institute is.

                    418
 1       A.   Well, the Pelvic Floor Institute was, -- again,
 2   clinical unmet needs are one thing to do with
 3   innovation.  But from a physician training standpoint, I
 4   think you have to look at the same things.
 5           So we talked to many of our thought leaders and
 6   key opinion leaders and said, look, how is physician
 7   training working at other companies and other areas and
 8   where can it be improved?
 9           And so we hired a faculty that basically helped
10   us build out a strategy on how to improve that.  And
11   that includes a didactic portion as well as a hands-on
12   cadaver portion.
13           There are also built into the Pelvic Floor
14   Institute information on all the DFUs.  You can see
15   illustrations of the product being used, videos of the
16   products being used, scientific, basic science data.
17   You can sign up for the Pelvic Floor Institute on there.
18           And the whole goal is let's train physicians at
19   the best possible way so that -- with the goal of
20   improving the outcomes of our devices.
21       Q.   Are those materials available on a website
22   where physicians have access to that?
23       A.   Yes.  To my understanding, we're the only

| | | |
|---|---|---|
| 24 company that has a site that is offered on a website to<br>419<br>1 all physicians 24 hours every day.<br>2 Q. The next slide, you talk about clinical data.<br>3 When you're talking about successful products, what role<br>4 does clinical data play?<br>5 A. Clinical data is very important at having<br>6 successful products.<br>7 Q. And does Boston Scientific have clinical data<br>8 supporting the safety and effectiveness of its stress<br>9 urinary incontinence, its sling devices?<br>10 A. Yes, we do.<br>11 Q. And does Boston Scientific have clinical data<br>12 to support the safety and effectiveness of its Pinnacle<br>13 and Uphold devices?<br>14 A. Yes, we do.<br>15 Q. In terms of the details of the studies, are you<br>16 the best person to talk about all of that information or<br>17 should we ask somebody else?<br>18 A. Janice Connor would be the person that is best<br>19 versed on all the clinical trial data that we have<br>20 accumulated.<br>21 Q. Is marketing responsible for analyzing the<br>22 clinical data regarding Boston Scientific's stress<br>23 urinary incontinence and pelvic organ prolapse devices?<br>24 A. No, it's not.<br>420<br>1 Q. Who would be analyzing that kind of<br>2 information?<br>3 A. Well, it would be under Janice's department.<br>4 We have biostatisticians that fall in corporate<br>5 clinical. It's not directly under Janice, but they're<br>6 the ones that look at that data.<br>7 Q. The next slide, you talk about KOL development. | 419:7-14<br>FRE 403 | |

| | | |
|---|---|---|
| 8   What role does the KOL development play in having<br>9   successful products?<br>10     A.  Again, just being in the medical-device market<br>11   for almost 28 years, I think this is absolutely critical<br>12   to have physicians that you can turn to and rely on to<br>13   tell you what the clinical unmet needs are in the<br>14   marketplace and what the issues are.  They're the ones<br>15   that are dealing with their patients.  They're the ones<br>16   that understand the issues, whether it be with our own<br>17   product or with the competitive product.<br>18         And our goal with these doctors is to work with<br>19   them, to understand those needs, and hopefully come up<br>20   with new devices.  In addition to that, I mentioned the<br>21   training.  It's a very important aspect of physicians<br>22   that we work with in helping us train as part of their<br>23   role.<br>24         And then also we have medical advisory boards.<br>421<br>1   We pull them together and talk about where the market is<br>2   going and what are the trends, et cetera.<br>3     Q.  The next slide talks about programs.  When you<br>4   are talking about programs in terms of marketing, give<br>5   the jury some sense for what that means.<br>6     A.  Well, programs can fall in different areas.<br>7   For urology and women's health, an example of a most<br>8   recent program is the "Always There" program.<br>9         This is a program we put in place.  It's a<br>10   program directed to the physicians.  And so our goal in<br>11   this campaign is to tell our physicians that we are | 421:3-<br>421:20<br>FRE 401,<br>402, 403 | |

| | | |
|---|---|---|
| 12   committed to our pelvic organ prolapse line, that we're<br>13   committed to our stress urinary incontinence line, that<br>14   we're committed to women's health, and we are going to<br>15   remain committed to them, that area.<br>16       It's been highly effective because we've been<br>17   able to talk to physicians about clinical data. We've<br>18   been able to have very frank conversations about the<br>19   market and the PHNs and so on. And it's been a very<br>20   effective program.<br>21   Q.  Finally, you talk about people.  Tell the jury<br>22   what role people play in Boston Scientific's success.<br>23   A.  Well, I think internally in an organization it<br>24   all starts with the people.  You have to have the right<br>            422<br> 1   people in an organization that have the right skills,<br> 2   the competencies, the talent, and also that will always<br> 3   do the right thing.<br> 4       And that's something I've taken a lot of pride<br> 5   in, in developing people, hiring people.  It's something<br> 6   that I think I'm pretty good at identifying individuals<br> 7   that can help us improve and get better as a company.<br> 8   And I'm a big believer in developing these people and<br> 9   moving forward. | | |
| eb082313, (Pages 423:21 to 425:15)<br>            423<br>21  Q.  One of the innovative features of the Pinnacle<br>22   and Uphold devices that you mentioned was use of the<br>23   Capio device instead of trocars.<br>24       What was the benefit of having the -- using the<br>            424 | 423:21-<br>424:12<br>FRE 401,<br>402, 403,<br>701, 702,<br>801, and<br>802 | |

```
 1   Capio suturing device instead of using trocars?
 2       A.   So again, I want to reiterate.  This came from
 3   the physician community that came back to us as we were
 4   looking at getting into the pelvic organ prolapse.  We
 5   were already in the stress urinary incontinence
 6   business.  And what the physicians came to us and said
 7   we need to figure out a way to do this procedure
 8   intravaginally so we do not have to go through the
 9   buttocks, we do not have to have a blind pass with
10   trocars, and we can have a way to get Level 1 support to
11   simplify the procedure and get better outcomes for the
12   patient.  That's what it was about.
13       Q.   And the plaintiffs' lawyers asked you
14   specifically about one sentence in this document that
15   talks about "Our Number 1 goal is to outsmart our
16   competitors and take share!"
17           Do you see that?
18       A.   Yes.  Sorry.  I see it now.
19       Q.   Can you read the next sentence after that for
20   me, please.
21       A.   Yeah.  The next sentence says, "It is all about
22   building solutions for your customers that are better
23   than the solutions our competitors can provide."
24       Q.   And in terms of solutions, when you're talking
                    425
 1   about that, what are the aspects of solutions that make
 2   good products for physicians?
 3       A.   Well, I'll use the example of, again, Pinnacle
 4   or Uphold.  I can list devices on the urology side where
 5   if there's a clinical unmet need and the doc says we
```

| | | |
|---|---|---|
| 6   need this, they're basically saying we need a solution<br>7   to this given problem, this clinical issue that's either<br>8   impacting the way I do the procedure or impacting the<br>9   end result to my patient where I want a better outcome<br>10   for my patient.<br>11         So when we talk about solutions and we talk<br>12   about bringing our products to the market, we're talking<br>13   about responding to what the customer is asking for and<br>14   ensuring that what we're doing does improve patient<br>15   lives. | | |

1.  Counter Exhibits to Counter Exhibits
    a.  Brasington 610

DATED: July 20, 2015                              Respectfully Submitted,

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 20176500
Shawn P. Fox
State Bar No. 24040926
Clint Casperson
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500

MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com