# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

RAMONA WINEBARGER and REX WINEBARGER,　　　**CASE NOS. 5:15CV57-RLV;**
Plaintiffs,　　　　　　　　　　　　　　　　　　　　**3:15CV211-RLV**

v.

BOSTON SCIENTIFIC CORPORATION,
Defendant

-------------------------------------------------------------------

MARTHA CARLSON,
Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION
Defendants


**PLAINTIFFS OBJECTIONS AND COUNTER DESIGNATIONS TO DEFENDANT
BOSTON SCIENTIFIC'S COUNTER DEPOSITION DESIGNATIONS OF
DENNIS MILLER, MD,  TAKEN NOVEMBER 15, 2013 and MAY 13, 2014**

| BSC Counter Designation | Objection | Plaintiffs Counter Designation to BSC Counter Designation |
|---|---|---|
| dm111513, (Page 182:8 to 182:19)<br>182<br>8  Q    All right.  It is your position as you sit here today<br>9        that polypropylene mesh is still appropriate for<br>10        permanent implant in the female pelvic floor?<br>11  A    Polypropylene has been used for more than 30 years<br>12        and we have seen good clinical results.  I have my<br>13        own outcomes, my own experience, those of my mentors,<br>14        hernia surgeons for their use in the abdominal<br>15        hernias, and we've seen its use in the pelvic floor | 182:8-182:19<br>FRE 403,<br>Cumulative,<br>Nonresponsive | |

| | | |
|---|---|---|
| 16     for many, many years and myself, as do many other<br>17     urogynecologists, we do still feel, we continue to<br>18     perform those procedures as we always have because of<br>19     the benefits that we can afford our patients. | | |
| dm111513, (Pages 183:5 to 184:2)<br>            183<br> 5  Q  I'm not asking you about anybody other than yourself.<br> 6     As the person who brought the concept that became<br> 7     Pinnacle to Boston Scientific, you as you sit here<br> 8     remain of the belief that polypropylene mesh is<br> 9     appropriate for permanent implant in the female<br>10     pelvis?<br>11  A  Sure.  Because it seems as if you don't want me to be<br>12     talking about the fact that there is broad use among<br>13     board certified urogynecologists for -- in other<br>14     words, that there is less controversy among my<br>15     colleagues and that's the basis upon which I am<br>16     making that decision.  Therefore, it's the basis upon<br>17     which I'm answering your question.<br>18  Q  We can ask it again.  I'm asking you, Doctor, as the<br>19     person who brought the concept that became Pinnacle<br>20     to Boston Scientific, you remain of the belief that<br>21     polypropylene mesh is appropriate to be permanently<br>22     implanted in the female pelvis?<br>23  A  With long experience to back that up, yes.<br>24  Q  And the interesting thing about the long experience<br>            184<br> 1     that you have repeatedly gone to is to cite<br> 2     experience from hernia mesh? | 183:5-183:17<br>**FRE 403,**<br>**Cumulative**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>183:24-2<br>**FRE 403,**<br>**Cumulative** | |
| dm111513, (Page 184:4 to 184:7) | 184:4-184:7 | |

| | | |
|---|---|---|
| **184**<br>4  A    No.  When I say long experience, I'm referring to my<br>5        own personal experience and the experience of the<br>6        large numbers of surgeons in my field. When I said<br>7        long experience, that was what I was referring to. | **FRE 403**<br>**Cumulative** | |
| dm111513, (Page 184:20 to 184:24)<br>**184**<br>20   Q    That's where I'm getting at, Doctor.  As you sit<br>21        here, you don't know of an expert, don't have a<br>22        consultation, don't have an investigation as to the<br>23        breakdown over time of polypropylene mesh in the<br>24        female pelvis? | 184:20-187:2<br>FRE 401, 402<br>403, 701, 702 | |
| dm111513, (Pages 186:7 to 187:2)<br>**186**<br>7  A    I attend lectures by material scientists and by<br>8        experts in the field, and one of our most trusted<br>9        members is Pam Moalli of the University of<br>10        Pittsburgh, and my understanding is that either the<br>11        degradation is a misunderstanding of what's happening<br>12        on the surface of the polypropylene or one thing that<br>13        I can know for myself clinically is that the<br>14        degradation is not clinically relevant because I've<br>15        had long experience, and that's where I think hernia<br>16        surgeons would then come in is unless you'd propose<br>17        that it only degrades in the pelvis and somehow does<br>18        not degrade elsewhere, but that's been -- all of<br>19        those things add up.<br>20            All of this experience, 30 years of experience<br>21        and our own experience, when I'm talking about in the | 184:20-187:2<br>FRE 401, 402<br>403, 701, 701<br>**Nonresponsive** | |

| | | |
|---|---|---|
| 22     pelvic floor because in the University of Wisconsin,<br>23     they were doing it in the 1980s, has taught all of us<br>24     surgeons, myself included, so I am answering for<br>        187<br>1     myself, that polypropylene degradation is not a<br>2     clinically relevant problem. | | |
| dm052314, (Page 349:1 to 349:13)<br>        349<br>1  Q   MUS. That's a question of -- COI is conflicts of<br>2     interest, correct?<br>3  A   Correct.<br>4  Q   When you were asked to join, did you have to reveal<br>5     any conflicts of interest or potential conflicts of<br>6     interest?<br>7  A   Yes. We actually had to go through it because the<br>8     initial view of some was that my -- since my<br>9     royalties are specific to Pinnacle and Uphold, that I<br>10     wouldn't. And I just felt that it was best to<br>11     disclose broadly. And so, yes, I provided the<br>12     disclosure that I receive royalties on a -- not on<br>13     slings but on a prolapse mesh. So yes. | 349:1-13<br>FRE 403 | |
| dm052314, (Page 368:3 to 368:11)<br>        368<br>3  What were you talking about?<br>4  A   There was a local doctor by the name of Christopher<br>5     Walsh who was getting pushback -- he was getting<br>6     pushback from his hospital on the use of slings<br>7     because there was just all of this vague information.<br>8     And he already took this to his employer and said,<br>9     "Look, slings are the standard of care."<br>10         That's what I'm remembering. I<br>11     think -- I think there were others, though. | 388:3-11<br>FRE 403, 802 | |

| | | |
|---|---|---|
| dm052314, (Page 381:6 to 381:10)<br>381<br>6 Q Here's a statement that I've heard you say several<br>7 times, so let's flesh it out. "Used by 99 percent of<br>8 AUGS members."<br>9 MR. ANIELAK: Do you see it on the --<br>10 THE WITNESS: I do see that on the page. | 381:6-10<br>FRE 401, 402, 403 | |
| dm052314, (Page 382:1 to 382:12)<br>382<br>1 Q And statement that you keep using comes from a<br>2 survey of AUGS members?<br>3 A The statement actually comes from being a member<br>4 of the society and being aware of the practices<br>5 in Milwaukee and Wisconsin, throughout the<br>6 country.<br>7 It's so common knowledge. The survey<br>8 allows us to state that obvious fact. And if someone<br>9 wants to just randomly challenge it, we've at least<br>10 got some support to what is just common knowledge.<br>11 It is the standard of care throughout<br>12 the world. | 382:1-12<br>FRE 401, 402, 403, 701, 702 | dm052314, (Page 382:13 to 382:15)<br>382<br>13 Q And what you're talking about is the use of sling<br>14 mesh?<br>15 A Right. That's what this is about.<br><br>dm052314, (Pages 383:9 to 384:7)<br>383<br>9 When you did your edits on the position<br>10 statement, you did not have a reference for the<br>11 statement: "99 percent of AUGS" members use MUS --<br>12 midurethral -- slings.<br>13 A That was a comment, not an edit. And yeah, I did not<br>14 have the specific reference for both of those<br>15 statements, that over 3 million slings have been used<br>16 worldwide. You know, they're obvious statements<br>17 that we all know, but the reference I didn't have at<br>18 my fingertips.<br>19 Q Right. It says, "Over 3 million MUS" -- that's<br>20 midurethral slings -- "have been placed worldwide,"<br>21 right?<br>22 A Yes. |

| | | |
|---|---|---|
| | | 23  Q   "And these procedures are used by greater than<br>24     99 percent of AUGS members."<br>384<br>1      And you say, "I don't have a reference<br>2     for this.  Charlie, can you add it?"<br>3  A   Right.<br>4  Q   Now, the over 3 million MUS placed worldwide --<br>5  A   Um-hmm.<br>6  Q   -- how is that derived?<br>7  A   I don't know. |
| dm052314, (Pages 458:9 to 461:16)<br>458<br>9  Q   Dr. Miller, please introduce yourself to the jury.<br>10    Tell the jury a little bit about yourself.<br>11  A   My name is Dennis Miller.  I'm a urogynecologist in<br>12    Milwaukee, Wisconsin.<br>13  Q   And tell the jury a little bit about your personal --<br>14    personal life.  Are you married?  Do you have kids?<br>15    Tell me a little bit about your -- your personal<br>16    life.<br>17  A   I am married.  I have three daughters, and I live in<br>18    a suburb of Milwaukee called Whitefish Bay.<br>19  Q   And how did you -- what was your drive to become a<br>20    physician?  How did you ultimately decide to enter<br>21    that field?<br>22  A   Well, it was the nobility of it.  I've always wanted<br>23    to be a physician.  In fact, there's a picture of me<br>24    at four years old -- we didn't have any doctors in<br>459<br>1    our family.  We had all salesmen in our family. | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 2               And they always wanted a doctor, so my<br>3     mother put me into Dr. Kildare shirts at four years<br>4     old.  And I think I've known ever since then that<br>5     that's what I would be.<br>6  Q   We're going to talk a little bit about your<br>7     educational background and your medical practice, but<br>8     before we do that, orient the jury about your role<br>9     with Boston Scientific and its medical devices in<br>10     terms of the Pinnacle device.<br>11  A   Yes.  I've been a urogynecologist for 25 years or so,<br>12     and I learned prolapse repair from Lester Ballard at<br>13     the Cleveland Clinic and learned mesh repairs from<br>14     Dr. Tom Julian at the University of Wisconsin in the<br>15     1980s.<br>16           So over this long experience, I've<br>17     been able to see clearly some ideas, and one of the<br>18     ideas that I've had was for a fixation device for how<br>19     to get mesh into the deepest part of the vagina.<br>20           So I brought that idea to Boston<br>21     Scientific, and they decided that they would create<br>22     this fixation device.  And I subsequently, then,<br>23     worked with a series of physicians and engineers at<br>24     iterating that device that eventually became known as<br>               460<br>1     Pinnacle and Uphold, which are fixation devices that<br>2     are in this category that we're talking about.<br>3  Q   Okay.  And we're going to talk in detail about your<br>4     involvement with Boston Scientific in that process,<br>5     but before we do that, tell the jury a little bit | | |

| | | |
|---|---|---|
| 6      about your educational background, where did you go<br>7      to school, when did you graduate, that sort of thing.<br>8  A   I went to the Medical College of Wisconsin and -- for<br>9      medical school and did residency at the Medical<br>10      College of Wisconsin affiliated hospitals.<br>11            I did a fellowship in urogynecology<br>12      in -- technically at that time it was called Advanced<br>13      Pelvic Surgery in 1988 and 1989 before moving back to<br>14      Milwaukee to become the first urogynecologist in the<br>15      area.<br>16  Q   And then since completing that fellowship in '88 and<br>17      '89 and moving back to Milwaukee, have you been in<br>18      private practice?<br>19  A   I've been in private practice since 1989 with a large<br>20      multidisciplinary group.<br>21  Q   And has the nature of your practice been about the<br>22      same since 1988 -- '88 and '89?<br>23  A   Yes.  I have restricted my practice to the treatment<br>24      of pelvic floor disorders, which are essentially<br>                        461<br>1      incontinence of urine and prolapse of the pelvic<br>2      organs.  And I take referrals from doctors throughout<br>3      Wisconsin for that.<br>4  Q   Tell the jury what pelvic organ prolapse is.<br>5  A   Pelvic organ prolapse is a loss of support of the<br>6      vagina and the organs that are attached to it.<br>7            It results in essentially the vagina<br>8      trying to turn inside out.  If you think of it like<br>9      the finger of a glove, prolapse is where the vagina | | |

| | | |
|---|---|---|
| 10      and the organs that are associated with it begin to<br>11      just essentially turn inside out.<br>12           And it causes this really significant<br>13      distress when sitting, when standing, when trying to<br>14      walk.  It makes sex very difficult, and it's a source<br>15      of great embarrassment.  Can be associated with a lot<br>16      of urinary and bowel complaints as well. | | |
| dm052314, (Pages 462:3 to 464:22)<br>                    462<br> 3   Q    Have you been involved with training other<br> 4      urogynecologists in the area in these -- in treating<br> 5      these disorders?<br> 6   A    Yes.  Well, you know, I was the first urogynecologist<br> 7      in the area.  And I was responsible for many years<br> 8      for teaching both residents and private practice<br> 9      physicians the standards of care in -- for these<br>10      disorders.<br>11   Q    In terms of professional societies, are there<br>12      professional societies of urogynecologists?<br>13   A    Yes.  The main society of urogynecologists is called<br>14      the American Urogynecologic Society, AUGS.  But we<br>15      also have our International Urogynecologic<br>16      Association, or IUGA, and the International<br>17      Continence Society.<br>18           And then on the urology side we have<br>19      the Society for Urodynamics and Female Urology.<br>20   Q    And do you belong to those societies?<br>21   A    I don't belong to the urology society at this time,<br>22      but I do belong to the gynecologic society.<br>23   Q    And what is the role of those societies?  What do<br>24      they do? | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

463
 1  A   They provide education for both general OB/GYNs
 2       and for urogynecologists.  And they provide a --
 3       both a virtual and a real meeting place for
 4       specialists in the treatment of incontinence and
 5       prolapse so that we can get together both, you know,
 6       online, in writing, with video conferencing, as well
 7       as in our meetings.
 8               And so we -- we're involved in -- in
 9       setting the standards of care for the treatment of
10       these disorders.
11  Q   And have you had leadership positions in those -- in
12       those societies?
13  A   I've not had leadership positions in those societies,
14       but I have been selected by the leadership to
15       participate in committees.  Like I just got off of a
16       three-year stint with the scientific program
17       committee.
18  Q   Okay.  Any other committees that you've been a part
19       of selected by the leadership of those organizations?
20  A   Well, I was -- I was selected to be the chair of the
21       inaugural year of the mesh special interest group.
22  Q   And tell the jury, what is that?  What was the mesh
23       special interest group of the AUGS society?
24  A   Well, special interest groups in general are
                    464
 1       becoming increasingly popular in all societies.
 2       It's a more informal group where physicians can get
 3       together and discuss current therapies and exchange

| | | |
|---|---|---|
| 4    ideas and is a good resource for educational venues<br>5    as well.<br>6  Q   Okay.  Have you published in the area of transvaginal<br>7    mesh and stress urinary incontinence?<br>8  A   Because of my role and private practice nature, I've<br>9    had limited publications.  But I've published on the<br>10    office management of stress urinary incontinence,<br>11    I've published a five-year outcome study of prolapse<br>12    repairs, and I recently published a paper on informed<br>13    consent for -- proper informed consent for vaginal<br>14    mesh.<br>15    (Exhibit 1037 marked for identification.)<br>16  BY MR. PIRTLE:<br>17  Q   Dr. Miller, I've marked as Deposition Exhibit<br>18    No. 1037 a presentation that's titled "Overview of<br>19    Boston Scientific's Pelvic Floor Products and<br>20    Risk-Benefit Assessment" in April of 2011.<br>21    Do you see that?<br>22  A   I do. | | |
| dm052314, (Pages 465:17 to 477:2)<br>465<br>17   What are the surgical treatment<br>18    options that -- for pelvic organ prolapse?<br>19  A   Well, this is a very important aspect to all of our<br>20    discussion because we treat prolapse in a variety of<br>21    ways.  For myself, I use all three of these methods<br>22    to treat prolapse, and it's all about patient<br>23    selection and who the patient is and who you are as a<br>24    surgeon.<br>466<br>1    And so the first approach is the<br>2    so-called native tissue repair, which is the anterior | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 3    and posterior repair, which is lifting of the vaginal<br>4    tissues. It's been around since about 1917, with<br>5    suspension of the vagina. And generally, if the<br>6    woman has a uterus, it involves performing a<br>7    hysterectomy as well.<br>8  Q   And are there limitations to that type of surgery in<br>9    terms of drawbacks?<br>10  A   Yeah. Every textbook in OB/GYN dating back even into<br>11    the '50s has referred to the unfortunate degree of<br>12    failure. You know, when you talk to women who are<br>13    older, they'll tell you that their physicians told<br>14    them that the repairs would only last five years.<br>15    And they'll be familiar, "Oh, yes, my mother had that<br>16    done two, three, four times."<br>17         And so one of the main limitations of<br>18    the native tissue repair that mean we can't use it in<br>19    every single patient is that there's substantial<br>20    failure.<br>21         And the other aspect to it is, you<br>22    know, there's a lot of suture entrapment issues, and<br>23    there's binding that happens. In some studies the<br>24    painful intercourse rates are 50 percent of the<br>         467<br>1    patients. And so there's -- there is limitations<br>2    to any surgery, of course.<br>3         And I performed native tissue repair<br>4    in a substantial portion of my patients, but those<br>5    are the limitations to it.<br>6  Q   And then the second bullet point is abdominal | | |

7     colposacropexy.  Tell the jury what that is.
8  A   It's important to suspend the vagina at its deepest
9     part.  That's -- that's really the -- the center tent
10     pole of your tent.  And the colposacropexy is an
11     attempt to fixate the vagina inside the abdomen going
12     from above.
13          The problem is the vagina won't reach
14     the fixation point, so you generally have to add --
15     as a part of this operation, you always have to add a
16     graft material of some type.  Polypropylene is
17     currently considered the best, and so it is the most
18     common graft used.  So polypropylene mesh is
19     generally used to suspend the vagina.
20          But, again, you have to move the
21     colon, you have to move the rectum and the bladder,
22     and you have to expose the sacrum in order to fixate
23     this piece of mesh from the vagina to the sacrum.
24  Q   So how does abdominal -- abdominal sacrocolpopexy

         468

1     differ from transvaginal mesh in bullet point 3?
2     What's the difference between those two?
3  A   The difference is the approach.
4          Mesh is placed generally
5     laparoscopically or robotically from above after the
6     performance of a hysterectomy, versus the
7     transvaginal mesh is taking that same polypropylene
8     mesh and inserting it transvaginally.
9  Q   And are there other limitations or drawbacks that you
10     have to consider before performing an abdominal
11     sacrocolpopexy?

12  A    Well, it's a good surgery as well, as is native

13      tissue repair.  That's why I perform all three.

14              But the limitations are, for one

15      thing, the complexity of the operation; the very act

16      of having to move the colon and the rectum and the

17      bladder.  And there's a 1 percent incidence of bowel

18      obstruction because the mesh is inside of the

19      abdomen.

20  Q    And then the third bullet that you identify on the

21      surgical options says "Transvaginal" -- "Transvaginal

22      (vaginal mesh)."

23              Tell the jury what that means.

24  A    Well, that means taking that same polypropylene mesh

                        469

 1      or -- you know, in -- other grafts can be used,

 2      biological grafts can be used, but taking a graft,

 3      generally polypropylene, and fixing it from a

 4      transvaginal approach.

 5              So you don't need to move those other

 6      organs in order to get to the place where you want to

 7      fixate -- where you want to fixate the mesh.  So it's

 8      another one of the options for doing it.

 9  Q    And both the abdominal sacrocolpopexy and the

10      transvaginal mesh involve using a graft or a mesh

11      material of some kind?

12  A    Yes.

13  Q    And what's the purpose of that?  What function does

14      the mesh itself provide?  Why is it used in those

15      surgeries?

16  A    Well, the goal -- the goal of it is to attempt to

17    increase the durability of that repair because, you
18    know, what we've -- what we've known for many years,
19    and I've seen in my own practice even, is that you --
20    you can't expect all these repairs to -- to last over
21    time.
22            And the -- the introduction of mesh is
23    about improving the durability of the repair.
24  Q   Has -- transvaginal mesh, has it gone through

                470
 1    developments over time?
 2  A   Yes.  Transvaginal mesh has been around, as I said,
 3    since the 1980s.  And I first saw it when performed
 4    by Dr. Tom Julian in Madison, who was one of the
 5    early proponents and one of the early investigators
 6    to publish on it.
 7            And for many years we would cut our
 8    mesh and fixate it with suture or with the Capio
 9    device.  There are a variety of ways of putting
10    them -- putting the mesh in place.
11            But one of the challenges in doing
12    it -- and this is where the devices came in -- is
13    you're trying to perform surgery through what is
14    essentially a very small opening.  The vaginal
15    opening -- to enter through the vaginal opening
16    is difficult, particularly because the most
17    important part of the repair is something that's 5 or
18    6 inches away deep inside.
19            And so that's where the evolution came
20    in, how can we have a more effective fixation?  How

21      can we do a better job of providing a way to deliver
22      the mesh into the play -- into where we want it to
23      be?
24   Q   I want to flesh this out a little bit more.

471

 1              If you could turn over to slide 19 and
 2      explain to the jury what this demonstrates in terms
 3      of the evolution of vaginal mesh.
 4   A   When you look at the top left, the mesh sheets,
 5      that's -- that's how mesh came.  And so mesh was then
 6      introduced in a variety of ways.
 7              And by 2000, surgeons began to --
 8      beginning in Australia and Italy and France and the
 9      U.S., particularly Tom Julian, began to customize
10      those shapes.
11              But if you look at them, they were all
12      sort of irregular, and there was a lack of
13      reproducibility.  And so there was this very
14      inconsistent way of fixing the mesh into place and
15      inconsistent shapes to the mesh going through what is
16      this difficult opening.
17              And then on the bottom --
18   Q   So before we go to the bottom, so on the top when
19      we -- these sheets of mesh, the square sheets, and
20      then in the middle of the page the one that's cut to
21      shape, are these polypropylene sheets of mesh?
22   A   Yes.  The ones you see here are polypropylene.
23   Q   And so was polypropylene mesh being used to treat
24      pelvic organ prolapse back in -- back this far?

472

1　A　You know, my practice goes back to 1989, and so it's
2　　　hard for me to comment about prior to 1989.  But yes,
3　　　certainly throughout my entire career I've been aware
4　　　of surgeons using grafts, and particularly
5　　　polypropylene, to reinforce their repairs.
6　Q　And then take the jury, then, from the first two --
7　　　the top, the three pictures on the top, to the
8　　　bottom.
9　　　　　　What's the advancement that was made,
10　　　then, after 2004 when we start talking about
11　　　first-generation kits?
12　A　Well, surgeons in general started to talk together
13　　　about ways of improving the ability to fixate the
14　　　mesh, to deliver it.
15　　　　　　And we started talking about, you
16　　　know, we know where we want it to go and we know what
17　　　we want to do; we want to fix it.  But just how do
18　　　you do it?  We need a new hammer; we need a new
19　　　screwdriver.
20　　　　　　And industry became involved with
21　　　their engineers at creating fixation devices.  And
22　　　the first generation was to use -- can I grab this?
23　Q　Sure.
24　A　-- to use these trocars and to pass them through the

　　　　　　　　　473

1　　　skin and through the buttock area and just lateral to
2　　　the vagina and have it enter the vagina at its
3　　　topmost place.  And that really improved
4　　　substantially our ability to get mesh into place.
5　　　　　　But, you know, we're -- we're always

6      trying to move forward.  And one of my thoughts was,

7      Can we do this without passing these trocars?  And so

8      could we fixate the mesh by going in through the same

9      incision and yet still reach that area 5 or 6 inches

10     away?

11  Q    So the -- what is the device that you're holding in

12     your hand?

13  A    This is a needle that is from a Prolift device.

14  Q    Okay.  And that was part of a device that came on the

15     market prior to the Pinnacle and Uphold devices?

16  A    That is correct.

17         (Exhibit 1038 marked for identification.)

18  BY MR. ANIELAK:

19  Q    I've marked as Deposition Exhibit No. 1038 a

20     presentation that has your name on the outside of it.

21          Do you see that?

22  A    Yes.

23  Q    And this was a presentation that you made in 2007?

24  A    Yes.

              474

 1  Q    And I want to talk about a couple of your slides in

 2     here to flesh out this discussion regarding the

 3     medical devices that were on the market prior to the

 4     Pinnacle device, okay?

 5          If you turn over to slide 4, which is

 6     658.  So in terms of the history of the development

 7     of medical devices that treat pelvic organ prolapse,

 8     tell the jury what these devices are.

 9  A    Apogee/Perigee was the first device to market;

10     Prolift second; and Avaulta third, which are fixation

| | |
|---|---|
| 11   devices to improve the way that we get the mesh to<br>12   the desired fixation spots and to secure it down.<br>13         And so they're just examples of using<br>14   those needles.  All relatively similar needle<br>15   techniques to introduce the mesh.<br>16  Q   And did these devices use polypropylene mesh?<br>17  A   Yes.<br>18  Q   If you turn over to the next slide.<br>19         And what -- what are you conveying<br>20   here when you're talking about the current lift kit<br>21   advantages?<br>22         And before you get into more detail,<br>23   you're talking about the devices that were on the<br>24   market prior to Pinnacle; is that right?<br>             475<br> 1  A   Apogee/Perigee, Prolift, and Avaulta.<br> 2  Q   And what were some of their advantages?<br> 3  A   Well, for years, surgeons had been introducing mesh<br> 4   with no real reproducibility and with a variety of<br> 5   different fixation devices.<br> 6         The so-called lift kits provided a way<br> 7   to reproducibly get the mesh into place, and it<br> 8   provided an amount of adjustability because of the<br> 9   wings that you don't have when you just sew it into<br>10   place; you're locked into the location where you sew<br>11   it in.<br>12         And it avoids sutures which encircle<br>13   the tissues and can compress the tissues and cause<br>14   ischemia.  And the suture -- the suture fixation of<br>15   the sacrospinous ligament is associated with | | |

16      6 percent incidence of buttock pain.  And so it
17      allows you to avoid those sutures and allows you to
18      easily get to the location you wanted to get to.
19  Q   When you turn to the next page, you discuss some of
20      the limitations of the devices that were on the
21      market prior to Pinnacle; is that right?
22  A   Yes.
23  Q   And what were some of those limitations of the
24      medical devices that were on the market to treat

                    476
 1      prolapse prior to Pinnacle?
 2  A   Well, they were good -- they were good devices, and
 3      they were being used safely.  I had good experience
 4      with them.  But it did strike me that you're passing
 5      these needles through anatomy that you can't see and
 6      in proximity to neurovascular structures.  And so I
 7      saw the advantage of being able to introduce the mesh
 8      directly through the vaginal incision.
 9  Q   So tell the jury why passing the needles through
10      unfamiliar anatomy, why is that a bad thing?
11  A   Well, it's not a bad thing.
12  Q   Okay.  Tell the jury what the limitation is of that
13      technique.
14  A   In medicine, less is more, and you always want to
15      move forward to increasing simplicity.  And passing
16      these needles adds another step going through
17      tissues that have nerves and blood vessels in them.
18      And while -- while that's a path that we are
19      generally good at doing, if I can do it directly

| | | |
|---|---|---|
| 20    through the incision, I'm going to -- I'm going to<br>21    want to do that.<br>22  Q   Okay.  What's the advantage of doing it directly<br>23    through the incision as the Pinnacle device does?<br>24  A  I'm not passing through those structures.  I'm<br>          477<br>1    bypassing them.  I can directly visualize the<br>2    structure I want to fixate to. | | |
| dm052314, (Pages 477:20 to 478:23)<br>          477<br>20  Q   And did you come up with an idea to avoid some of<br>21    these limitations that you identified with the<br>22    current devices that were on the market?<br>23  A   You know, what I did is combine existing<br>24    technologies.  The Capio device has been used for<br>          478<br>1    years to fixate mesh into place.<br>2          And I provided a way to fixate the<br>3    mesh through the sacrospinous ligament at that true<br>4    level 1 support by simply introducing the instrument<br>5    under direct visualization directly to the ligament<br>6    and then being able to use only a short wing of<br>7    support and no sutures.<br>8  Q   Okay.  And did -- explain to the jury physically how<br>9    you were able to avoid the trocars.<br>10         And maybe you can demonstrate with the<br>11    devices that are there.  How did you ultimately avoid<br>12    using the trocars?<br>13  A   So one of the difficulties in performing this<br>14    surgery -- and this gets technical, but -- is you<br>15    have to pass it up and then retrieve it back, again, | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 16      through this narrow tube at a distance away from you. <br> 17              So if you're coming from the outside <br> 18      in, you've got a wide arc to get up, and that <br> 19      requires a wide arc to get back. <br> 20              What this utilized is this existing <br> 21      technology to simply go to the space and pass it, and <br> 22      then you can bring that mesh back from the fixation <br> 23      point directly because of the size and the shape. | | |
| dm052314, (Pages 480:5 to 482:20) <br>                 480 <br> 5  Q    So the Polyform mesh that ultimately became the mesh <br> 6      that was in Pinnacle, was that already being marketed <br> 7      at the time that Pinnacle came on the market? <br> 8  A    Polyform was being used by surgeons throughout the <br> 9      world. <br> 10  Q    And that particular mesh for the Pinnacle device was <br> 11      made of polypropylene? <br> 12  A    Correct. <br> 13  Q    And had polypropylene been used for many years by <br> 14      your gynecologic surgeons to repair pelvic organ <br> 15      prolapse? <br> 16  A    That is correct. <br> 17  Q    And that was the slide that we looked at earlier <br> 18      that indicated that polypropylene mesh had been used <br> 19      since at least the 1980s? <br> 20  A    Correct. <br> 21  Q    So you came up with this idea to use the Capio device <br> 22      and to deliver polypropylene mesh and avoid the <br> 23      trocars. <br> 24              Tell the jury essentially, then, the <br>                 481 <br> 1      process. When you had the idea, what happened?  How | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

2      did you ultimately get hooked up with Boston
3      Scientific?
4  A   Well, after this concept was realized in my mind, I
5      presented the concept to Boston Scientific, that they
6      could make a device that would do this. They could
7      create a fixation device that would take their mesh
8      and introduce it in a better way.
9             So I presented that idea to them in
10     August of 2005.  And after that time, I agreed to
11     work with a series of doctors and engineers at
12     iterating what eventually became as a device, the
13     Pinnacle and Uphold device.
14  Q   And how did you work with those engineers and
15     physicians to essentially develop what became the
16     Pinnacle device?
17  A   Well, I described and drew my concept for mesh
18     fixation to them, and then the engineers would go to
19     a prototyping company and iterate it and create
20     essentially a prototype of it.
21             We then had a series -- a whole series
22     of many labs where we would implant it into cadavers
23     and see the advantages and disadvantages of that
24     iteration.
                    482
1             And then the engineers would go back
2      and reprototype it.  And then eventually, based on
3      what other surgeons were saying that they wanted and
4      how they saw this best, and then it would get
5      reiterated again until it became in its final design

| | | |
|---|---|---|
| 6    freeze.<br>7  Q   So approximately how long did that take from the time<br>8    that you went to Boston Scientific until Pinnacle<br>9    ultimately reached the market?<br>10  A   Well, the first Pinnacle was performed January 2008,<br>11    so that's two and a half years for that.<br>12  Q   And then as part of your bringing the idea to Boston<br>13    Scientific, did you essentially negotiate a contract<br>14    with Boston Scientific for your idea?<br>15  A   I did.  I negotiated to have a royalty because this<br>16    became a device that they were then going to be able<br>17    to sell, and so...<br>18  Q   And did you ultimately receive royalties for the<br>19    Pinnacle device?<br>20  A   I did. | | |
| dm052314, (Pages 491:16 to 492:9)<br>          491<br>16  Q   And in terms of your overall experience with<br>17    the Pinnacle device in terms of it successfully<br>18    treating pelvic organ prolapse, what has been<br>19    your experience?<br>20  A   You know, I've now had five years of experience with<br>21    the device.  And I see all of my patients back, and<br>22    then over time, you see less of them.  And we have<br>23    had only the expected amount of complications that<br>24    you get with any surgical procedure and had really<br>          492<br>1    good outcomes with really satisfied patients by and<br>2    large.<br>3  Q   In terms of successfully treating pelvic organ<br>4    prolapse over the  time that you've seen your | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 5      patients over the last four or five years, have you<br>6      been pleased with the outcomes in terms of treating<br>7      their prolapse?<br>8  A   I have been.  I have been happy with the results that<br>9      I've seen going out even to five years after surgery. | | |
| dm052314, (Pages 493:13 to 497:16)<br>                 493<br>13  Q    Okay.  In terms of -- Pinnacle went on the market in<br>14      January of 2008.<br>15                   When did you start performing Pinnacle<br>16      surgeries in terms of when Pinnacle went on the<br>17      market?<br>18  A   I performed the first Pinnacle procedure.<br>19  Q   And so was that pretty soon after January of 2008?<br>20  A   It was during January of 2008.<br>21  Q    And you were asked some questions earlier about<br>22      clinical trials.<br>23                   Were there any clinical trials<br>24      specifically with Pinnacle prior to going to market<br>                 494<br>1      in January of 2008?<br>2  A    No, there were not.<br>3  Q    Why were you comfortable using Pinnacle in January of<br>4      2008 in patients when there weren't clinical trials<br>5      specifically with the device?<br>6  A    Because it's one of the important concepts that is<br>7      sometimes lost in this debate, and that is what I<br>8      have invented is an incremental improvement in the<br>9      way we tack mesh down.  It's a new hammer; it's a new<br>10      screwdriver.<br>11                   Mesh and grafts in general have been<br>12      used for many, many years to treat prolapse, and | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 13      there have been incremental changes throughout all of<br>14      that time period.  There's been vast amounts of<br>15      research.  In fact, there's far more research for the<br>16      vaginal approaches to mesh than the abdominal<br>17      approaches to mesh and, frankly, to the native tissue<br>18      repair approaches to mesh -- to prolapse repair.<br>19              And so we -- in my mind and what I<br>20      decided for my patients was that this was an<br>21      incremental change in my tools.  And surgeons change<br>22      their tools all the time.<br>23              The procedure is mesh-reinforced<br>24      prolapse repair, and the tools you use will evolve<br>                    495<br>1      over time.<br>2   Q    Had -- mesh-enforced prolapse repair, had that been<br>3      done prior to Pinnacle coming on the market?<br>4   A    Yes.  Mesh-reinforced prolapse repair has been a part<br>5      of the armamentarium of urogynecologists for many<br>6      years.<br>7   Q    And has that also been true of polypropylene<br>8      mesh-based prolapse repairs?<br>9   A    Yes.  Polypropylene has been, over the decade and<br>10      beyond -- the last decade and beyond, the most<br>11      commonly used graft.<br>12   Q    You mentioned to the jury earlier that you use<br>13      different techniques in treating pelvic organ<br>14      prolapse; some native tissue, some abdominal<br>15      sacrocolpopexy, and then some transvaginal mesh.  Is<br>16      that right? | | |

17  A    Yes.
18  Q    What is the benefit of having those different options
19       in terms of treating your patients?
20  A    It's critical.  It's critical because not every
21       patient has the same need.
22              And every surgeon, just like every
23       orthopedist and every back surgeon, every heart
24       surgeon, we have to make determinations about what's

                    496

 1       best for this patient, is -- based on who that
 2       patient is and what her anatomy is like, as well,
 3       and what her wishes are.
 4              Because that's another piece that's
 5       forgotten in all of this, is that these patients --
 6       that's one of the reasons that led me to eventually
 7       write a paper on informed consent, is a lot of this
 8       is -- you know, patients come in, and they'll tell
 9       you what their goals are.
10              And a lot of patients, their goal is
11       "Look, my friend, my sister, my mother has had three
12       failures of the surgery, so one thing I'm looking for
13       is a durable procedure.  What can you do to give me a
14       durable procedure?"
15              Or in my practice, many of the
16       patients have already had failures of their prior
17       surgeries, and they're coming to me with that in
18       mind.
19              Now, that's not true for everybody.
20       Some patients come with entirely different requests.
21              And so it's really this joint

| | | |
|---|---|---|
| 22    decision, and you can only have that joint decision<br>23    if you have multiple ways to fix prolapse.<br>24        So every patient sees essentially that<br>          497<br>1    slide that you had on the three different approaches,<br>2    and every patient I go through what are inevitably<br>3    the pros and the cons.<br>4        You can't ever set this up as if there<br>5    would be no cons to an approach because there's cons<br>6    to every surgery.  It's why, in my own personal life,<br>7    I try to avoid surgery if I can.  And whether that's<br>8    having a plate put in or a screw put in or having a<br>9    native tissue hernia repair, whatever your surgery<br>10    is, there are potential complications and there are<br>11    potential failures and you balance that out.<br>12        And every surgeon and every patient<br>13    makes that decision individually in this joint<br>14    process.  Informed consent is a process.  It's not a<br>15    document.  It's not a piece of paper to be signed.<br>16    It's this process that you go through. | | |
| dm052314, (Pages 498:23 to 499:18)<br>          498<br>23  Q   You were asked some questions about polypropylene,<br>24    the material that's used both in the Pinnacle device<br>          499<br>1    in midurethral slings and in the Uphold device.<br>2        When Pinnacle came to market and<br>3    today, are you comfortable with polypropylene as the<br>4    material that's used to make those meshes? | Boston Scientific has previously designated this testimony and Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any. | Plaintiffs adopt and incorporate their counter designations, if any. |

| | | |
|---|---|---|
| 5   A   I'm comfortable with it based on the fact that there<br>6       has been volumes of literature and a large world<br>7       literature review of all the studies that have<br>8       been published.<br>9                 And I've had long experience with it,<br>10       and I -- you know, back in the beginning, I<br>11       trusted Dr. Julian's long experience with it that<br>12       came before my long experience with it.<br>13                   And as I saw my patients back, I<br>14       became increasingly more comfortable with it.  And as<br>15       other surgeons were adopting it and continuing to<br>16       perform mesh-reinforced prolapse repairs and they<br>17       found that utilizing this fixation device helped them<br>18       accomplish it, that increased my confidence in it. | | |

1.  **Objections to Counter Exhibits.**

    a.  BSC has previously designated Miller 1037 and 1038. Plaintiffs adopt and incorporate their objections as set forth in their counter designations, if any.

2.  **Counter Exhibits to Counter Exhibits**

    a.  Plaintiffs adopt and incorporate the exhibits designated in the counter designations for this witness.


DATED: July 20, 2015                          Respectfully Submitted,

                                              **TRACEY & FOX LAW FIRM**

                                              /s/ Sean Tracey
                                              Sean Patrick Tracey
                                              State Bar No. 20176500
                                              Shawn P. Fox
                                              State Bar No. 24040926
                                              Clint Casperson
                                              State Bar No. 24075561

440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**TRACEY & FOX LAW FIRM**

/s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com

/s/ *John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Mark R. Mueller
Texas Bar No. 14623500
MUELLER LAW, PLLC
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (Facsimile)
John.Fabry@muellerlaw.com
Mark@muellerlaw.com
Meshservice@muellerlaw.com
