# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### CASE NOS. 5:15CV57-RLV; 3:15CV211-RLV

| | |
|---|---|
| ROMONA WINEBARGER, ) | |
| and REX WINEBARGER, ) | **ORDER** |
|        **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| BOSTON SCIENTIFIC ) | |
| CORPORATION, ) | |
|        **Defendant.** ) | |

| | |
|---|---|
| MARTHA CARLSON, ) | |
|        **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| BOSTON SCIENTIFIC ) | |
| CORPORATION, ) | |
|        **Defendant.** ) | |

**THIS MATTER** is before the court *sua sponte* to revise the briefing schedule for Motions *in Limine*. The court is informed by the parties' Joint Report of the Parties Following Meet and Confer on Page / Line Designations, filed July 27, 2015 (Doc. 168), and consultation with the assigned U.S. Magistrate Judge. Based upon the representations of counsel, it appears that an accelerated schedule for motions *in limine* is warranted and the existing deadlines will be replaced as follows.

**IT IS HEREBY ORDERED** that Motions *in Limine* shall be filed on or before next **Tuesday, August 18, 2015,** and responses will be due on or before the following **Tuesday, August 25, 2015**.

Signed: August 11, 2015

Richard L. Voorhees
United States District Judge