**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-057-RLV-DCK**

| | | |
|---|---|---|
| **ROMONA WINEBARGER and REX WINEBARGER,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **BOSTON SCIENTIFIC CORPORATION,** | ) ) ) | |
| Defendant. | ) ) | |
| **MARTHA CARLSON,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court will modify its previous scheduling "Order" (Document No. 114) regarding a Judicial Settlement Conference in this matter, as well as a hearing, if necessary, on any unresolved objections to deposition designations. The undersigned notes that the parties submitted a letter on **August 26, 2015** requesting that the Judicial Settlement Conference be postponed.

**IT IS, THEREFORE, ORDERED** that the parties shall meet and confer no later than **September 16, 2015** to resolve objections to testimony and exhibits and to resolve any proposed redactions to exhibits. The parties shall file a report, jointly if possible, on or before **September 18, 2015** describing any unresolved objections.

**IT IS FURTHER ORDERED** that a Judicial Settlement Conference shall convene at 10:00 a.m. on **September 23, 2015**, in Courtroom # 2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. The Clerk of Court shall reserve Courtroom # 2-2 and its attached conference rooms and jury deliberation room.

**IT IS, FURTHER, ORDERED** that the parties shall appear at a Hearing regarding deposition designations on **September 24, 2015**, at 9:00 a.m. in Courtroom # 1-3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina, unless otherwise ordered by the Court. The Clerk of Court shall reserve Courtroom #1-3.

**SO ORDERED**.

Signed: August 26, 2015

David C. Keesler
United States Magistrate Judge