# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# LEAD CASE NO. 5:15CV57-RLV; 3:15CV211-RLV

| | |
|---|---|
| MARTHA CARLSON, | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION, | ) |
|        Defendant. | ) |

## ORDER GRANTING COUNSELS' JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

**THIS CAUSE** came before the Court on Counsels' Motion for Leave to Bring Electronic Equipment into the Courtroom. This Court has carefully considered the motion and is otherwise duly advised. It is hereby,

**ORDERED AND ADJUDGED** that Counsels' motion is **GRANTED**. The electronic equipment and materials will include the following: MacBook Pro laptop, HP laptop computer, Lenovo laptops, Dell Laptops, external hard drives, Dell monitor in a hard case, several Wireless/Wifi hot spots, mobile communication devices for all personnel from both parties (e.g., cellular telephones, Blackberry or iPhone), tablet computers (e.g., iPad, Microsoft Surface, or Samsung), HP OfficeJet Pro 8610 printer, USB flash drives, VGA and AV cables, A/V adaptors, extension cords, splitter, headphones, power adapters, power surges, Gaffer tape, speaker in a hard case, easels, Whiteboard and flip chart, dolly used to maneuver equipment and exhibit boxes into the courtroom, tables for use in the gallery and breakout room, small box of Expo markers, exhibit

1

boards, and such additional technology as may be needed to allow for the efficient presentation of evidence and demonstrative aides.

**SO ORDERED**.

Signed: October 2, 2015

Richard L. Voorhees
United States District Judge

2

7202395 v1