# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARTHA CARLSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | MDL LEAD CASE NO. 5:15CV00057-RLV; |
| | ) | 3:15CV211-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| BOSTON SCIENTIFIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered in favor of defendant;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on October 16, 2015.

                                                   Signed: November 16, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court